ORIGINAL

**FORM 2**
**COVER SHEET**

RECEIVED
MAY 23 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff~~(s) or Petitioner(s)~~
CW Government Travel, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Lars E. Anderson

Firm Name: Venable, Baetjer & Howard, LLP

Post Office Box:

03-1274C

Street Address: 8010 Towers Crescent Drive, Suite 300

City-State-Zip: Vienna, VA 22182

Telephone & Facsimile Numbers: ph: 703-760-1600; fax: 703-821-8949

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 114 and 118 • • •
Improper modification
Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: DOD • • •
See attached sheet for three digit codes.

Amount Claimed: $ 0.00
Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only) ______________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.