# In the United States Court of Federal Claims

**No. 03-1274C**

**CW GOVERNMENT TRAVEL, INC.**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Lawrence M. Baskir**

Pursuant to Rule 40.1(b) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

**s/ Margaret M. Earnest**
**Margaret M. Earnest, Clerk of Court**