# In the United States Court of Federal Claims

**No. 03-1274**

**CW GOVERNMENT TRAVEL, INC.**

**V.**

**THE UNITED STATES**

**NOTICE OF ASSIGNMENT TO:**
**ADR Judge Robert H. Hodges**

As provided for in the provision of the Court's ADR Pilot Program, effective April 2, 2002 , this case has been assigned to the above Judge for the conduct of proceedings in accordance with the Notice of ADR Pilot Program.

Information about this program, as well as model notices, orders and pleadings is available at the court's website - www.uscfc.uscourts.gov.

**s/ Margaret M. Earnest**
**Margaret M. Earnest, Clerk of Court**