IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL. INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 03-1274 (Judge Baskir) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David A. Levitt as attorney of record for the United States. Service of all papers by opposing parties filed by other than electronic filing should be addressed as follows:

David A. Levitt
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

Attn: Classification Unit
1100 L Street, N.W., 8th Floor

Dated: June 6, 2003

s/David A. Levitt

David A. Levitt
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0309
Facsimile: (202) 514-7965