IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL. INC., Plaintiff, | ) | |
| v. | ) | Case No. 03-1274 (Judge Baskir) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

DEFENDANT'S MOTION TO ENLARGE PERIOD TO
RESPOND TO MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant United States hereby respectfully requests that it be granted a forty-five day extension of time in which to respond to plaintiff's motion for preliminary injunction, thereby extending the time by which the response must be filed from June 9, 2003 to July 24, 2003.

Plaintiff's motion was filed on May 23, 2003 and the time to respond has not previously been enlarged. An enlargement is required because the motion concerns two voluminous contracts administered by the Department of the Army involving travel service management. While the Department is compiling the relevant evidence and will prepare litigation reports concerning the allegations in the complaint, this process involves extensive investigation and cannot be completed prior to the first week in July. Thereafter, additional time will be required for the undersigned to review the records and prepare appropriate factual and legal arguments to respond to the motion.

The moving party has discussed this motion with opposing counsel and is advised that,

while the plaintiff does not oppose an enlargement of fourteen days, it does not consent to the extension being requested in this motion.

Wherefore, we respectfully request that the time to respond to the motion be extended from June 9, 2003 to July 24, 2003.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0309
Fax: (202) 514-7965

Date: June 9, 2002

Attorney for Defendant