# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CW GOVERNMENT TRAVEL, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 03-1274** |
| | ) | **(Judge Baskir)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S STATEMENT IN RESPONSE TO DEFENDANT'S MOTION TO ENLARGE PERIOD TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, CW Government Travel, Inc. (hereinafter "Carlson"), by counsel, submits this statement response to the Defendant's request that the time to respond to the Motion for Preliminary Injunction be extended by forty-five (45) days, from June 9, 2003 to July 24, 2003.

In response to certain representations by Defendant’s counsel addressing the Government’s actions that are the subject of the request for preliminary relief, the parties have agreed that Carlson need not oppose or respond to the Motion. Carlson further states that it is authorized by the Defendant’s counsel to advise the Court that the parties are working together to attempt to develop an agreed upon schedule to allow the Court to address the request for preliminary relief. The parties will advise the Court of those efforts and jointly coordinate a schedule with the Court.

Respectfully submitted:

"s/Lars E. Anderson"

Lars E. Anderson
**VENABLE, BAETJER AND HOWARD, LLP**
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1600 [Telephone]
(703) 821-8949 (Facsimile)

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served, via facsimile, this 27th day of June, 2003 on:

Stuart E. Schiffer
Deputy Assistant Attorney General

David M. Cohen
Director

Franklin E. White, Jr.
Assistant Director

David A. Levitt
Trial Attorney

Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0309 (Telephone)
(202) 514-7965 (Facsimile)

*Counsel for Defendant*

"s/Lars E. Anderson"

Lars E. Anderson