# In the United States Court of Federal Claims

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC., Plaintiff, | ) | Case No. 03-1274 |
| v. | ) | Judge Lawrence M. Baskir |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 7 of the Rules of the United States Court of Federal Claims, Plaintiff CW Government Travel, Inc. ("Carlson") hereby respectfully withdraws its Motion for a Preliminary Injunction, filed on May 23, 2003, without prejudice to its right to seek preliminary relief pending further developments in this action. Based upon representations of the Defendant as reflected in letters dated July 1 and July 18, 2003, from David A. Levitt to Lars E. Anderson, and a letter dated July 23, 2003, from Lars E. Anderson to David A. Levitt, Plaintiff's need for immediate injunctive relief has been resolved. The undersigned is authorized to state that Counsel for the United States concurs in this Notice of Withdrawal.

Accordingly, the Court is respectfully advised that the Motion for Preliminary Injunction is hereby withdrawn pending future proceedings.

Respectfully submitted,

s/Lars E. Anderson

Lars E. Anderson
Michael W. Robinson
**VENABLE, BAETJER & HOWARD, LLP**
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1600 [Telephone]
(703) 821-8949 [Facsimile]
*Counsel for Plaintiff*

**CERTIFICATE OF FILING**

I hereby certify that on July 24, 2003, a copy of the foregoing *Notice of Withdrawal of Motion for Preliminary Injunction* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lars E. Anderson
Lars E. Anderson