# In the United States Court of Federal Claims

Case No. 03-1274C
(Filed: September 16, 2003)

*****************************************************
CW GOVERNMENT TRAVEL, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

**This case is STAYED until a telephonic Preliminary Status Conference (on the record) is held.**

The Court intends to schedule the telephonic conference between September 24 and October 31, 2003 (excluding October 13 and 14).

Accordingly, it is ORDERED that the parties agree upon at least three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 219-9565, **of the proposed status conference dates no later than September 22, 2003**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

IT IS SO ORDERED.

s/ Judge Lawrence M. Baskir
Judge Lawrence M. Baskir