# In the United States Court of Federal Claims

Case No. 03-1274C
(Filed: September 22, 2003)

*****************************************************
CW GOVERNMENT TRAVEL, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference on the record scheduled for 10:00 a.m., on Tuesday, September 30, 2003. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 219-9565**.

IT IS SO ORDERED.

s/ Judge Lawrence M. Baskir
Judge Lawrence M. Baskir