# In the United States Court of Federal Claims

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC., Plaintiff, | ) | Case No. 03-1274 |
| v. | ) | Judge Lawrence M. Baskir |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT NOTICE OF INTENTION TO PROCEED WITH THE TRIAL JUDGE**

Pursuant to Amended General Order No. 40: ADR Pilot Procedures and the procedures discussed at the Initial Status Conference, the parties hereto file Notice of Intention to Proceed with the Trial Judge rather than to stay trial proceedings in favor of ADR proceedings at the present time. The parties currently do not believe that ADR proceedings are likely to assist in the resolution of this action. Accordingly, the parties sought and received an early Initial Status Conference in lieu of an Early Neutral Evaluation. The parties are aware that ADR procedures remain available and will seek the assistance of the ADR judge when and if such procedures seem relevant to resolving or assisting the litigation.

Respectfully submitted,

s/Lars E. Anderson
Lars E. Anderson
Michael W. Robinson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
(703) 760-1600 (Telephone)

(703) 821-8949 (Facsimile)
*Counsel for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/David A. Levitt
David A. Levitt
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0309 (Telephone)
(202) 514-7965 (Facsimile)
*Counsel for Defendant*

**CERTIFICATE OF FILING**

I hereby certify that on October 2, 2003, a copy of the foregoing *Joint Notice of Intent to Proceed with the Trial Judge* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Lars E. Anderson
Lars E. Anderson