# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CW GOVERNMENT TRAVEL, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 03-1274** |
| | **(Judge Lawrence M. Baskir)** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND JOINT REQUEST TO MODIFY BRIEFING SCHEDULE**

Plaintiff CW Government Travel, Inc. ("Carlson"), by counsel, moves this Court pursuant to Rule 15 for leave to file an Amended Complaint. In addition, the parties jointly request that, in light of the Amended Complaint, the schedule for the Government's renewed Motion to Dismiss or Motion for Summary Judgment be modified.

The Amended Complaint raises issues based on information that became available to Carlson as a result of the informal discovery the Court ordered during the September 30, 2003 Preliminary Status Conference with the Court. The Motion is timely, is not interposed for delay, and will not prejudice the Government in any way.

The Government has been provided a copy of the proposed Amended Complaint and does not oppose this Motion. The Government does, however, take strong exception to the relevancy and materiality of the discussion in the Memorandum in Support of Motion for Leave concerning the merits of the Amended Complaint and reserves the right to file a Motion to strike, or other appropriate response to the Motion for Leave to address the material.

During the September 30, 2003 Initial Status Conference, the Court established a briefing schedule for the Government to file a renewed Motion to Dismiss or Motion for Summary Judgment. That schedule required the Government to file its Motion and initial Brief on November 14, 2003. Carlson's opposition, or a Motion justifying additional discovery, was due by December 12, 2003. The Government was to file any reply by December 31, 2003.

In light of the Amended Complaint, the parties have agreed that a modification to the schedule established is appropriate. The parties ask that the schedule be amended to allow the Government to file its Motion and initial Brief on December 15, 2003. Carlson's reply, as outlined above, will be due on January 15, 2004. The Government will file any reply by January 30, 2004. The Government's answer to the Amended Complaint will be due on December 9, 2003.

In support of this Motion, Carlson invites the Court's attention to the accompanying memorandum.

Respectfully submitted:

"s/Lars E. Anderson"

Lars E. Anderson
Michael W. Robinson
Benjamin A. Winter
Sharon A. Jenks
VENABLE LLP
8010 Towers Crescent Drive
Suite 300
Vienna, Virginia 22182
(703) 760-1600 (Telephone)
(703) 760-1623 (Protected Facsimile)

*Counsel for Plaintiff*

**CERTIFICATE OF FILING**

I hereby certify that on November 14, 2003, a copy of the foregoing *Plaintiff's Motion for Leave to Amend Complaint and Joint Request to Modify Briefing Schedule* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

"s/Lars E. Anderson"
Lars E. Anderson