# In The United States Court of Federal Claims

CW GOVERNMENT TRAVEL, INC.

Plaintiff

v.

THE UNITED STATES OF AMERICA

Defendant.

Case No. 03-1274
Judge Lawrence M. Baskir

**MOTION FOR LEAVE TO ALLOW THE LODGING OF NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION'S [PROPOSED] ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Northrop Grumman Space & Mission Systems Corporation ("Northrop Grumman") hereby moves this Court for an Order permitting it to lodge its [Proposed] Answer to Plaintiff CW Government Travel, Inc.'s ("Carlson") Amended Complaint pending the resolution of Northrop Grumman's Motion to Intervene, filed October 22, 2003. A Memorandum of Points and Authorities in support of this Motion is provided.

DATED: December 8, 2003

Respectfully submitted,

*/S/ John W. Chierichella*

John W. Chierichella
Anne B. Perry
Sheppard, Mullin, Richter & Hampton
1300 I Street, NW, 11th Floor East
Washington, DC 20005
202-218-0000
202-218-0020, fax

# In The United States Court of Federal Claims

CW GOVERNMENT TRAVEL, INC.

Plaintiff

v.

THE UNITED STATES OF AMERICA

Defendant.

Case No. 03-1274
Judge Lawrence M. Baskir

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION'S MOTION FOR LEAVE TO ALLOW THE LODGING OF NORTHROP GRUMMAN'S [PROPOSED] ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

On October 22, 2003, Northrop Grumman Space & Mission Systems Corporation ("Northrop Grumman") filed a Motion to Intervene in this matter. On November 7, 2003, Plaintiff CW Government Travel, Inc. ("Carlson") filed a Motion seeking leave to amend its Complaint, and also seeking to modify the briefing schedule in this case, proposing December 9, 2003 as the deadline for the filing of an Answer to the Amended Complaint by the United States. On November 26, 2003, Carlson filed a Motion to Strike Northrop Grumman's Motion to Intervene because Northrop had allegedly failed to comply with Rule 24(c) of the Rules of the Court of Federal Claims ("RCFC"). These motions are currently pending.

In the interest of justice, in order to accommodate the schedule agreed to by the parties, and to accommodate Carlson's contentions regarding its purported inability to respond to Northrop Grumman's Motion to Intervene, Northrop Grumman moves this Court for permission to lodge its [Proposed] Answer to Plaintiff's Amended Complaint pending a resolution on Northrop Grumman's Motion to Intervene. Northrop Grumman brings this Motion pursuant to RCFC 7(b) and 24(c), as well as the record herein.

By permitting the lodging of this [proposed] Answer, which is annexed to this Motion, the Court will ensure that neither the parties nor the schedule agreed to by the parties and approved by the Court will be prejudiced when, as Northrop Grumman anticipates, the Court grants both motions.

## Conclusion

Based on the foregoing, Northrop Grumman respectfully requests that this Court permit Northrop Grumman to lodge its [Proposed] Answer to Plaintiff's Amended Complaint.

DATED: December 8, 2003

Respectfully submitted,

*/S/ John W. Chierichella*

John W. Chierichella
Anne B. Perry
Sheppard, Mullin, Richter & Hampton
1300 I Street, NW, 11th Floor East
Washington, DC 20005
202-218-0000
202-218-0020, fax

**CERTIFICATE OF FILING**

I hereby certify that on December 8, 2003, a copy of the foregoing: MOTION FOR LEAVE TO ALLOW THE LODGING OF NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION'S [PROPOSED] ANSWER TO PLAINTIFF'S AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION'S MOTION FOR LEAVE TO ALLOW THE LODGING OF NORTHROP GRUMMAN'S [PROPOSED] ANSWER TO PLAINTIFF'S AMENDED COMPLAINT; [PROPOSED] ORDER FOR MOTION FOR LEAVE TO ALLOW THE LODGING OF NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION'S [PROPOSED] ANSWER TO PLAINTIFF'S AMENDED COMPLAINT were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access these filings through the Court's system.

*<u>/S/ John W. Chierichella</u>*
John W. Chierichella

# In The United States Court of Federal Claims

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC.<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 03-1274<br>Judge Lawrence M. Baskir |

## [PROPOSED] ORDER

This matter having come before the Court on Northrop Grumman Space & Mission Systems Corporation's ("Northrop Grumman") Motion for Leave to Allow the Lodging of Northrop Grumman Space & Mission Systems Corporation's [Proposed] Answer to Plaintiff's Amended Complaint, and any opposition thereto, this Court finds just cause to **GRANT** same and rule as follows. Wherefore, it is hereby:

**ORDERED**, that Northrop Grumman's Motion is **GRANTED**; it is also hereby

**ORDERED**, that the Clerk shall lodge Northrop Grumman's Answer to Plaintiff's Amended Complaint and file it with the record herein.

**So Ordered this ______ day of ________________, 20__.**

________________________________
Judge, U.S. Court of Federal Claims