# In The United States Court of Federal Claims

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC.<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 03-1274<br>Judge Lawrence M. Baskir |

**MOTION FOR LEAVE TO ALLOW THE LODGING OF NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION'S MOTION TO DISMISS AND IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT**

Northrop Grumman Space & Mission Systems Corporation ("Northrop Grumman") hereby moves this Court for an Order permitting it to Lodge its Motion to Dismiss and in the Alternative Motion for Summary Judgment pending the resolution of Northrop Grumman's Motion to Intervene, filed October 22, 2003. A Memorandum of Points and Authorities is provided.

DATED: December 15, 2003

Respectfully submitted,

*/S/ John W. Chierichella*

John W. Chierichella
Anne B. Perry
Sheppard, Mullin, Richter & Hampton
1300 I Street, NW, 11th Floor East
Washington, DC 20005
202-218-0000
202-218-0020, fax

# In The United States Court of Federal Claims

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC.<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 03-1274<br>Judge Lawrence M. Baskir |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION'S MOTION FOR LEAVE TO ALLOW THE LODGING OF NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION'S MOTION TO DISMISS AND IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

On October 22, 2003, Northrop Grumman Space and Mission Systems Corporation ("Northrop Grumman") filed a Motion to Intervene in this matter. On November 7, 2003, Plaintiff CW Government Travel, Inc. ("Carlson") filed a motion seeking to modify the briefing schedule in this case, proposing a December 15, 2003 date for the filing of Defendant's Motion for Summary Judgment. The Court has yet to rule on either of these motions.

In the interest of justice, in order to accommodate the schedule agreed to by the parties, and to avoid prejudice to the parties from any delay, Northrop Grumman respectfully requests the Court to permit the

lodging of the accompanying Motion to Dismiss and in the Alternative Motion for Summary Judgment pending the resolution of Northrop Grumman's Motion to Intervene and Carlson's motion to modify the briefing schedule.

By permitting the lodging of this Motion to Dismiss and in the Alternative Motion for Summary Judgment, the Court will ensure that neither the parties nor the schedule prescribed by the Court will be prejudiced when, as Northrop Grumman anticipates, the Court grants both motions.

## Conclusion

Based on the foregoing, Northrop Grumman respectfully requests that this Court permit Northrop Grumman to lodge the accompanying Motion for Summary Judgment.

DATED: December 15, 2003 Respectfully submitted,

*/S/ John W. Chierichella*

John W. Chierichella
Anne B. Perry
Sheppard, Mullin, Richter & Hampton
1300 I Street, NW, 11th Floor East
Washington, DC 20005
202-218-0000
202-218-0020, fax

# In The United States Court of Federal Claims

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC.<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 03-1274<br>Judge Lawrence M. Baskir |

## [PROPOSED] ORDER

This matter having come before the Court on Northrop Grumman Space & Mission Systems Corporation's ("Northrop Grumman") Motion for Leave to Allow the Lodging of Northrop Grumman Space & Mission Systems Corporation's Motion To Dismiss and in the alternative For Summary Judgment, and any opposition thereto, this Court finds just cause to **GRANT** same and rule as follows. Wherefore, it is hereby:

**ORDERED**, that Northrop Grumman's Motion is **GRANTED**; it is also hereby

**ORDERED**, that the Clerk shall lodge Northrop Grumman's Motion for Summary Judgment and file it with the record herein; it is also hereby

**ORDERED**, that Plaintiff is not required to respond to Northrop Grumman's Motion To Dismiss and in the alternative for Summary

Judgment until this Court has ruled on Northrop Grumman Space & Mission Systems Corporation's Motion to Intervene.

**So Ordered this ______ day of ________________, 20__.**

_______________________________
Judge, U.S. Court of Federal Claims

## CERTIFICATE OF FILING

I hereby certify that on December 15, 2003, a copy of the foregoing **MOTION FOR LEAVE TO ALLOW THE LODGING OF NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION'S MOTION TO DISMISS AND IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION'S MOTION FOR LEAVE TO ALLOW THE LODGING OF NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION'S MOTION TO DISMISS AND IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT,** and accompanying **[PROPOSED ORDER]** were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*<u>/S/ John W. Chierichella</u>*
John W. Chierichella