IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1274 |
| | ) | (Judge Lawrence M. Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO EXCEED PAGE LIMITATION

Pursuant to Rule 5.2(b)(1) of the Rules of the Court of Federal Claims, the defendant, United States, hereby seeks leave to exceed the page limit for its initial brief in support of its motion to dismiss or for summary judgment by 11 pages. In support of this motion, we respectfully aver as follows:

1. Our motion to dismiss or for summary judgment addresses the amended complaint of plaintiff, CW Government Travel, Inc. ("Carlson"), which is 44 pages in length and contains claims relating to three separate contracts. Given the length and complexity of the amended complaint, we could not address the allegations in fewer pages than 51 pages.

2. The amended complaint asserts claims under the Competition

In Contracting Act, 10 U.S.C. § 2304 and 41 U.S.C. § 25 ("CICA") and the Contract Disputes Act, 41 U.S.C. §§ 601-613. Accordingly, our motion examines the application of these statutes to the claims asserted in the amended complaint. We could not address the claims asserted in the amended complaint in fewer than the pages included in the motion.

3. The contracts at issue in this case involve technical issues and extended performance. One of the contracts involves modifications which Carlson contends violated CICA. Two of the contracts involve the interpretation of communications between the contractor and the Department of the Army ("Army"). To fully address the factual background of the amended complaint, we were required to discuss pertinent technical issues and communications between the parties. This required 11 excess pages.

4. Reproduced in standard 12 point Times New Roman type, our motion does not exceed the 40 page limit set forth for initial briefs in the rules of this Court. It only exceeds the 40 page limit when reproduced in 14 point Arial as preferred by this Court. Accordingly, our motion would not exceed the page limit but for the requirement of the Special Procedures Order. Under these circumstances, the motion should be granted.

Accordingly, we respectfully request that the motion to exceed page limitation by 11 pages be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0309
Fax: (202) 514-7965

Attorneys for Defendant

Date: December 15, 2003

Certificate Of Filing

I hereby certify that on December 15, 2003, a copy of the foregoing Defendant's Motion To Exceed Page Limitation was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David A. Levitt