# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **CW GOVERNMENT TRAVEL, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant.** | ) | **Case No. 03-1274**<br>**Judge Lawrence M. Baskir** |

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE PERIOD TO RESPOND TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, Plaintiff CW Government Travel, Inc. hereby respectfully requests that it be granted an eleven-day extension of time in which to respond to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, thereby extending the time by which the response must be filed from January 15, 2004 to January 26, 2004. Counsel for the United States has agreed to Plaintiff's request for an extension until January 26, 2004.

Defendant's Motion was filed on December 15, 2003, and time to respond has not previously been enlarged. An enlargement is required because the Motion raises a number of overlapping and alterative arguments, and relies extensively on Declarations to which Plaintiff must respond. Given Defendant's request in the alternative for Summary Judgment, Plaintiff must also respond to each alleged "fact" relied upon by the Defendant. With the intervening holiday season, additional time is required for Plaintiff to respond appropriately to all aspects of Defendant's Motion.

The moving party has discussed this Motion with opposing counsel and is authorized to state that Counsel for the United States consents to the eleven-day enlargement being requested in this Motion.

Wherefore, we respectfully request that the time to respond to the Motion be extended from January 15, 2004 to January 26, 2004.

Respectfully submitted,

"s/Lars E. Anderson"

Lars E. Anderson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 760-1623 (Protected)

*Of Counsel:*

Michael W. Robinson
Benjamin A. Winter
Sharon A. Jenks
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 760-1623 (Protected)



::ODMA\PCDOCS\MC1DOCS1\155884\1

**CERTIFICATE OF FILING**

I hereby certify that on January 6, 2004, a copy of the foregoing *Plaintiff's Unopposed Motion to Enlarge Period to Respond to Motion to Dismiss or, in the Alternative, For Summary Judgment* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

"s/Lars E. Anderson"
Lars E. Anderson