# In the United States Court of Federal Claims

Case No. 03-1274C
(Filed: January 13, 2004)

*****************************************************
CW GOVERNMENT TRAVEL, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

**Plaintiff's unopposed Motion to Enlarge Period to Respond** to Motion to Dismiss or, in the Alternative, for Summary Judgment is hereby **GRANTED**. **Plaintiff's response is due no later than January 26, 2004.**

IT IS SO ORDERED.

/s/ Judge Lawrence M. Baskir
Judge Lawrence M. Baskir