IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1274 |
| | ) | (Judge Lawrence M Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ELEVEN DAY ENLARGEMENT IN WHICH TO FILE A REPLY TO CARLSON'S RESPONSE TO THE MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 11 days, to and including February 10, 2003, within which to file its reply to plaintiff's response to defendant's motion to dismiss or, in the alternative, for summary judgment. Defendant's reply is currently due on January 30, 2004. This is defendant's first request for an enlargement of time for this purposes. Plaintiff's counsel has agreed to this enlargement.

The additional time is necessary because we anticipate that plaintiff

will not file its response until January 26, 2004, which is the deadline this Court established in an order dated January 13, 2004 granting plaintiff an 11 day enlargement. Even assuming that Carlson serves its response by hand delivery on the deadline established by the order, our reply would be due only 4 days later - insufficient time to prepare and file the reply. In its motion for an enlargement, Carlson iindicated it would include counter-affidavits and other extensive evidentiary materials in the response. Accordingly, we require at least 14 days after receipt of the response to prepare and file a reply, as contemplated by the parties in the original schedule.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of 11 days, to and including February 10, 2004, within which to file the reply.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0309
Fax: (202) 514-7965

Attorneys for Defendant

Date: January 14, 2004

Certificate Of Filling

I hereby certify that on January 14, 2003, a copy of the foregoing Defendant's Unopposed Motion For An Eleven Day Enlargement In Which To File A Reply To Carlson's Response To the Motion To Dismiss Or, In The Alternative, For Summary Judgment was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David A. Levitt