# In the United States Court of Federal Claims

Case No. 03-1274C
(Filed: January 15, 2004)

*****************************************************
CW GOVERNMENT TRAVEL, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER OF REASSIGNMENT

Pursuant to Rule 40.1(c) of the Rules of the United States Court of Federal Claims, which permits the Chief Judge to reassign any case if necessary for the efficient administration of justice, the Clerk of the Court is directed to reassign the above-captioned case to Judge George W. Miller. The Clerk is also directed to withdraw the case from the ADR Pilot Program.

**IT IS SO ORDERED**.

**/s/ Edward J. Damich**
EDWARD J. DAMICH
Chief Judge