# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CW GOVERNMENT TRAVEL, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **Case No. 03-1274**<br>**Judge George W. Miller** |

**JOINT MOTION FOR MODIFICATION OF BRIEFING SCHEDULE**

Plaintiff CW Government Travel, Inc. ("Carlson") and Defendant The United States of America, by their respective counsel, jointly move this Court to enter an Order modifying the briefing schedule on Defendant's Motion to Dismiss or in the Alternative for Summary Judgment. The parties request that the date on which Plaintiff is to file its opposition to the Motion (as addressed in Judge Baskir's October 1, 2003 Order) be modified to allow the opposition to be due on Wednesday, February 12, 2004. The time for Defendant to then file any reply to Carlson's response is modified to allow the reply to be due on Wednesday, March 10, 2004.

In support of this Motion, the parties advise the Court that in accordance with the procedures established by Judge Baskir at the Pretrial Status Conference, the parties have engaged in an informal exchange of documents. In accordance with those procedures, no other discovery has occurred. Defendant is in the process of producing additional documents as part of the informal exchange and Plaintiff believes that those documents address issues that are raised in the Defendant's Motion. Plaintiff will require time to receive and evaluate the impact of these

documents on the Motion and Carlson's response to the Motion. Thus, a February 11th due date for Carlson's opposition is appropriate.

Following Carlson's filing of its opposition, Defendant's counsel will need time to fully respond to the various issued raised by the Motion and Carlson's response. Counsel's case schedule includes out-of town depositions during the time after Carlson's pleadings will be due and the parties, therefore, have agreed to a due date of March 10, 2004. This date is appropriate and the proposed schedule will both permit Carlson the full opportunity to address the issues after the informal exchange of documents is complete and allow Defendant an appropriate opportunity to respond.

Counsel for Carlson is authorized to advise the Court that the Defendant joins this Motion.

Pursuant to RCFC 6.1, the parties advise the Court that this modified briefing schedule will enlarge the period for Plaintiff to file its opposition by 16 days. The time for the Government to respond will be extended so that the time period begins to run when Carlson's opposition is filed and the time enlarged by 14 days (such that the reply is due four weeks after the opposition is due). The parties had previously modified the briefing schedule, but the modified schedule did not, and could not, address the reasons for this agreed modification as explained above.

**WHEREFORE** the above premises considered, the parties jointly move the Court to modify the briefing schedule as set forth in the accompanying Order.

Respectfully submitted,

"s/Lars E. Anderson"

Lars E. Anderson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 760-1623 (Protected)

*Of Counsel:*

Michael W. Robinson
Benjamin A. Winter
Sharon A. Jenks
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 760-1623 (Protected)

**CERTIFICATE OF FILING**

I hereby certify that on January 22nd, 2004, a copy of the foregoing *Joint Motion for Modification of Briefing Schedule* was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

"s/Lars E. Anderson"
Lars E. Anderson

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**Case No. 03-1274**
**(Filed: )**

**CW GOVERNMENT TRAVEL, INC.,** )
)
**Plaintiff,** )
)
**v.** )
)
**THE UNITED STATES OF AMERICA,** )
)
**Defendant.** )

## ORDER

The Joint Motion for Modification of the Briefing Schedule is hereby GRANTED. The briefing schedule is modified to reflect that Plaintiff's Response to Motion to Dismiss or, in the Alternative, for Summary Judgment is due no later than February 12, 2004, and that Defendant's Reply to Plaintiff's Response is due no later than March 10, 2004.

IT IS SO ORDERED.

____________________________
Judge George W. Miller