# In the United States Court of Federal Claims

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC., | |
| Plaintiff, | No. 03-1274 |
| v. | (Filed January 30, 2004) |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

ORDER

The Joint Motion for Modification of the Briefing Schedule is hereby GRANTED. The briefing schedule is modified to reflect that Plaintiff's Response to Motion to Dismiss or, in the Alternative, for Summary Judgment is due no later than February 12, 2004, and that Defendant's Reply to Plaintiff's Response is due no later than March 10, 2004.

IT IS SO ORDERED.

s/George W. Miller
GEORGE W. MILLER
Judge