# In the United States Court of Federal Claims

**No. 03-1274 C**

**Filed: February 12, 2004**

**CW GOVERNMENT TRAVEL, INC.**

**v.**

**THE UNITED STATES**

**Plaintiff's cross-motion, together with four (4) volumes of appendix, for summary judgment and response to defendant's motion to dismiss or, in the alternative, for summary judgment**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.