# In the United States Court of Federal Claims

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC., | No. 03-1274 C |
| Plaintiff, | (Filed March 11, 2004) |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

ORDER

Prior to reassignment of this case, Northrop Grumman, on October 22, 2003, filed a motion to intervene, which motion is still pending. The Court anticipates that briefing of that motion will be completed by March 15, 2004. Although the Court has not yet ruled on that motion, Northrop Grumman has sought leave to lodge several briefs regarding defendant's motion to dismiss, or in the alternative, for summary judgment, and plaintiff's cross-motion for summary judgment. The Court believes that Northrop Grumman's role in this case must be resolved before the Court can rule on the pending dispositive motions. Accordingly, after consultation with counsel for plaintiff, counsel for defendant, and counsel for Northrop Grumman (hereinafter, for purposes of this Order, "the parties"), the Court ORDERS that the parties shall appear for oral argument on Northrop Grumman's motion to intervene on Wednesday, March 31, 2004 at 10:00 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. In addition, the parties shall be prepared at that time to discuss the course of further proceedings in this case. The March 31, 2004 oral argument and discussion will be in open court and on the record.

IT IS SO ORDERED.

s/George W. Miller
GEORGE W. MILLER
Judge