# In the United States Court of Federal Claims

**03-1274C**

**Filed: March 10, 2004**

**CW GOVERNMENT TRAVEL, INC.,**

**v.**

**THE UNITED STATES**

**Dft's Appendix in Support of Dft's Opposition to Pltf's Cross Motion for Summary Judgment on Counts I and II and Reply to Opposition to Dft's Motion to Dismiss or, in the Alternative, for Summary Judgment [FILED UNDER SEAL]**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.