"Airline Commissions (Official)" and such a request shall be subject to the Disputes Clause FAR 52.233-1.

21. The Government hereby releases and discharges TRW, Inc., its officers, assigns, and employees from any and all liability and agrees to waive any and all liabilities, obligations, claims, and demands related to or arising under Contract No. DAMT01-98-D-1005 for effort performed prior to December 29, 1999, or attributable to facts or circumstances prior to that date giving rise to its DTS Incurred Cost Proposal dated May 30, 2001 and subsequent revisions except for effort pertaining to Task Orders 0001 through 0014.

22.

REDACTED

23. The Government agrees that upon the execution of a final restructure modification by TRW and the Government, which includes final negotiated pricing for the revised contract CLINs, it releases and discharges TRW, Inc., its officers, assigns, and employees from any and all liability and agrees to waive any and all liabilities, obligations, claims, and demands related to or arising under Contract No. DAMT01-98-D-1005 for effort performed prior to December 19, 2000, or attributable to facts or circumstances giving rise to its DTS Incurred Cost Proposal dated May 30, 2001 and subsequent revisions except for effort pertaining to Task Orders 0001 through 0014.

24. The Government and TRW mutually agree that, in the event that the Government and the Contractor cannot agree to final negotiated pricing for the revised contract CLINs, the Contracting Officer shall issue a Final Decision subject to the Disputes Clause.

25. Restructure revisions to the contract are set forth below:

a) See Revised Section B attached.

i) CLINs and SubCLINS are added in Section B attached.

ii) The following SubCLINS of CLIN 0001 are deleted:

(1) 0001AA – Year 1 of Base Period – Deployment (CONUS)
(2) 0001AB – Year 1 of Base Period – Deployment (OCONUS)
(3) 0001AC – Year 2 of Base Period – Deployment (CONUS)
(4) 0001AD – Year 2 of Base Period – Deployment (OCONUS)
(5) 0001AE – Year 3 of Base Period – Deployment (CONUS)
(6) 0001AF – Year 3 of Base Period – Deployment (OCONUS)
(7) 0001AG – Year 4 of Base Period – Deployment (CONUS)
(8) 0001AH – Year 4 of Base Period – Deployment (OCONUS)
(9) 0001AI – Year 5 of Base Period – Deployment (CONUS)
(10) 0001AJ – Year 5 of Base Period – Deployment (OCONUS)
(11) 0001AK – Year 1 of Base Period – CUI Operation/Maintenance
(12) 0001AL – Year 2 of Base Period – CUI Operation/Maintenance
(13) 0001AM – Year 3 of Base Period – CUI Operation/Maintenance
(14) 0001AN – Year 4 of Base Period – CUI Operation/Maintenance
(15) 0001AO – Year 5 of Base Period – CUI Operation/Maintenance
(16) 0001AP – Year 1 of Base Period – Official Travel Services For DTR 6
(17) 0001AQ – Year 2 of Base Period – Official Travel Services For DTR 6
(18) 0001AR – Year 3 of Base Period – Official Travel Services For DTR 6
(19) 0001AS – Year 4 of Base Period – Official Travel Services For DTR 6
(20) 0001AT – Year 5 of Base Period – Official Travel Services For DTR 6
(21) 0001AW – Charge Card Vendor Interface
(22) 0001AX – Global transportation Network Interface
(23) 0001AY – DII Compliance
(24) 0001BA – Defense Lodging Interface(s)
(25) 0001BB – DATA – Data IAW the Requirements set forth in the Contract Data Requirements List (CDRL), DD Form 1423, Exhibit 1
(26) 0001BC – Option: Movement of Personnel From MEPS

iii) The following CLINS including SubCLINs are deleted in their entirety:

(1) CLIN 0002AA, 0002AC, 0002AD, 0002AE, 0002AF, 0002AG and 0002AH
(2) CLIN 0003
(3) CLIN 0004

iv) The base period of performance under CLIN 0001AV is extended through September 29, 2006 under CLIN 0020 at no additional cost to the Government, if all options are exercised.

b) The Statement of Work is deleted in its entirety and replaced with the Statement of Work attached in Section C of this modification.

c) Section E is deleted in its entirety and replaced with the attached Section E.

d) Section F is deleted in its entirety and replaced with the attached Section F.

e) Section G is deleted in its entirety and replaced with the attached Section G.

f) Section H is deleted in its entirety and replaced with the attached Section H.

   i) A perpetual license provision is added for DTS software in Section H.7 of this modification.

g) Section I is deleted in its entirety and replaced with the attached Section I.

h) Section J of the contract is deleted in its entirety and replaced with the attached section J.

26. TRW's original proposal is hereby deleted in its entirety.

27. All other terms and conditions remain unchanged.

7

# UNREDACTED DOCUMENT SEPARATELY FILED UNDER SEAL

OMB Approval 2700-0042

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE
PAGE 1 OF PAGES 62

2. AMENDMENT/MODIFICATION NO. P00042
3. EFFECTIVE DATE See Block 16c
4. REQUISITION/PURCHASE REQ. NO. See Schedule
5. PROJECT NO. (If applicable) DTS

6. ISSUED BY CODE
US Army Contracting Agency
ITEC4
ATTN: SFCA-IT (Peggy Butler)
2461 Eisenhower Avenue
Alexandria, VA 22331-1700

7. ADMINISTERED BY (If other than Item 6) CODE
See Block 6

8. NAME AND ADDRESS OF CONTRACTOR
Northrop Grumman Space & Mission Systems Corp.
Operating through Northrop Grumman Mission Systems
Attn: Charlene C. Fines, Contract Manager
12900 Federal Systems Park Drive
FP1 7165Y
Fairfax, VA 22033

CODE 1B054 FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MODIFICATION OF CONTRACT/ORDER NO. DAMT01-98-D-1005
10B. DATED (SEE ITEM 13) 30 September 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

___ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers is ☐ extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:(a) By completing Items 8 and 15, and returning ___ copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATA SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Bilateral IAW FAR 52.243-1, 52.243-2, and 52.243-3 CHANGES |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ___ is not, X is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

See attachment.

Point of Contact:
Stephen Alkire
Contract Specialist
ITEC4
Phone: (703) 325 - 2256
FAX: (703) 428-1632
Email: Stephen.Alkire@itec4.army.mil

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
CHARLENE C. FINES
CONTRACTS MANAGER

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
PEGGY W. BUTLER
Contracting Officer

15B. CONTRACTOR/OFFEROR
Charlene C. Fines
15C. DATE SIGNED 8/5/03

16B. UNITED STATES OF AMERICA
BY Peggy W. Butler
16C. DATE SIGNED 8/6/03

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105
Computer Generated
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA

BLOCK 14 (cont'd)

A. The purpose of this modification is to: 1) Add a CLIN for Training Curriculum Development; and 2) Decrease the per-course cost of the Training CLINs.

B. Reference Northrop Grumman Mission Systems' (NGMS') email message of July 9, 2003, Subject: RE: Training Curriculum Costs. That message specifies a cost reduction of $4,013.73 in Training Development Costs per course. It also specifies that 445 courses remain under the contract, [redacted] and a revised per-course price of $15,947.51, for future classes.

C. Therefore, CLIN 0020AB, Training Curriculum Development, is added to Section B, and the per-course cost for CLINs 0020AA, 1020AA, 2020AA and 3020AA is hereby reduced from $19,961.24 by $4,013.73 to $15,947.51, and the quantity is corrected to read 445 courses, as follows:

| ITEM NO | SUPPLIES/SERVICES | ESIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 0020AB | | 1 | Lot | $1,786,108.22 |
| | **TRAINING CURRICULUM DEVELOPMENT**<br>FFP – Develop a four-day training course IAW Section C.<br>Funds: O&M<br>Contract Type: Requirements | | | |

| ITEM NO | SUPPLIES/SERVICES | ESIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 0020AA | | 445 | Each | $15,947.51 |
| | **TRAINING**<br>FFP - Provide four consecutive-day training course IAW Section C.<br>Funds: O&M<br>Contract Type: Requirements<br>NOTE: The Unit Price was reduced from $19,961.24 to $15,947.51 by modification P00042. Courses ordered prior to modification P00042 are priced at $19,961.24. | | | |

| ITEM NO | SUPPLIES/SERVICES | ESIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 1020AA | | 445 | Each | $15,947.51 |
| | **TRAINING**<br>FFP - Provide four consecutive-day training course IAW Section C.<br>Funds: O&M<br>Contract Type: Requirements | | | |

| ITEM NO | SUPPLIES/SERVICES | ESIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 2020AA | | 445 | Each | $15,947.51 |
| | **TRAINING**<br>FFP - Provide four consecutive-day training course IAW Section C.<br>Funds: O&M<br>Contract Type: Requirements | | | |

| ITEM NO | SUPPLIES/SERVICES | ESIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 3020AA | | 445 | Each | $15,947.51 |
| | **TRAINING**<br>FFP - Provide four consecutive-day training course IAW Section C.<br>Funds: O&M<br>Contract Type: Requirements | | | |

D. An updated Section B, containing the changes in this modification, is provided.

E. A modification to Task Order 0014 will be issued concurrently to fund CLIN 0020AB. All other terms and conditions remain unchanged.

8

# UNREDACTED DOCUMENT SEPARATELY FILED UNDER SEAL

Jun-04-03 02:04pm From-TRW SYSTEMS 7039681702 T-304 P.002/002 F-985

OMB Approval 2700-0042

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 97

2. AMENDMENT/MODIFICATION NO.: P00039

3. EFFECTIVE DATE: See Block 16c

4. REQUISITION/PURCHASE REQ. NO.: See Schedule

5. PROJECT NO. (If applicable): DTS

6. ISSUED BY CODE
US Army Contracting Agency
ITEC4
ATTN: SFCA-IT (Peggy Butler)
2461 Eisenhower Avenue
Alexandria, VA 22331-1700

7. ADMINISTERED BY (If other than Item 6) CODE
See Block 6

8. NAME AND ADDRESS OF CONTRACTOR
Northrop Grumman Space & Mission Systems Corp.
Operating through Northrop Grumman Mission Systems
Attn: Charlene C. Fines, Contract Manager
12900 Federal Systems Park Drive
FP1 7165Y
Fairfax, VA 22033

CODE 1B054 | FACILITY CODE

(✓) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: DAMT01-98-D-1005

10B. DATED (SEE ITEM 13): 30 September 1998

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

__ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers is ☐ extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:(a) By completing Items 8 and 15, and returning ___ copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATA SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Bilateral IAW FAR 52.243-1, 52.243-2, and 52.243-3 CHANGES |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ___ is not, X is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

See attachment.

Point of Contact:
Stephen Alkire
Contract Specialist
ITEC4
Phone: (703) 325 - 3356
FAX: (703) 428-1632
Email: Stephen.Alkire@itec4.army.mil

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
CHARLENE C. FINES
Contract Manager

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
PEGGY W. BUTLER
Contracting Officer

15B. CONTRACTOR/OFFEROR: [signature] Charlene C. Fines

15C. DATE SIGNED: 6/4/03

16B. UNITED STATES OF AMERICA BY [signature] Peggy W. Butler

16C. DATE SIGNED: 6/5/03

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA

BLOCK 14 (cont'd)

A. The purpose of this modification is to: 1) Incorporate the Contractor's operations [redacted] proposal; 2) Incorporate the Contractor's Gradkell DBSign proposal; 3) Amend certain CLIN values and add CLINs to Section B; 4) Delete or amend delivery requirements for certain CDRLs; and 5) Incorporate the DTR6 Quality Assurance Plan.

B. Northrop Grumman Mission Systems' (NGMS') proposal [redacted] as contained in its letter dated March 26, 2003, Subject: Operations Costs, including the CLIN Pricing Matrix at Attachment 1, as amended on May 22, 2003, is hereby incorporated.

C. The following CLIN prices are reduced to the amounts shown in the "P00039 Price" column, based on the proposal incorporated at paragraph B:

| CLIN | P00038 Monthly Price | P00039 Monthly Price |
|---|---|---|
| 0006AD | $1,910,840.12 | $1,901,385.78 |
| 0006AE | $1,821,261.12 | $1,777,722.82 |
| 1006AA | $1,821,261.12 | $1,143,827.86 |
| 1006AB | $1,928,883.17 | $1,224,551.02 |
| 2006AA | $1,928,883.17 | $1,464,753.35 |
| 2006AB | $2,065,135.45 | $1,588,577.03 |
| 3006AA | $1,928,883.17 | $1,452,324.75 |
| 3006AB | $2,065,135.45 | $1,579,613.01 |

D. The followings CLINs are hereby added to the contract, based on the proposal incorporated at paragraph B:

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 0011AG | | 7 | Month | **$288,698.43** |
| | **TESTING ENVIRONMENT**<br>FFP<br>Period: April 1, 2003—October 31, 2003<br>Funds: R&D<br>Contract Type: IDIQ<br>See section C paragraph C7 | | | |

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 1011AD | | 12 | Month | **$294,841.33** |
| | **TESTING ENVIRONMENT (OPTIONAL)**<br>FFP<br>Period: November 1, 2003—October 31, 2004<br>Funds: R&D<br>Contract Type: IDIQ<br>See section C paragraph C7 | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | AMOUNT |
|---|---|---|---|---|
| 0001BE | | 1.00 | Million | $650,000.00 |
| | Year Two of Base Period (September 30 1999 – September 29, 2000 in original contract) FFP - Annual Maintenance of Travel Manager Software. Based on number of travel vouchers. Proceed using DTS Express the previous year. (This is a Year Two Maintenance fee for One Million Vouchers). | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | AMOUNT |
|---|---|---|---|---|
| 0001BF | | 1.00 | Million | $500,000.00 |
| | Year Three of Base Period (February 07, 2002 – February 06, 2003) FFP - Annual Maintenance of Travel Manager software. Based on number of travel vouchers. Proceed using DTS Express the previous year. (This is a Year Four Maintenance fee for One Million Vouchers). | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | AMOUNT |
|---|---|---|---|---|
| 0001BG | OPTIONAL | 1.00 | Million | $ 71,233 |
| | Year Four (February 07, 2003 – March 31, 2003) FFP - Annual Maintenance of Travel Manager software. Based on number of travel vouchers. Proceed using DTS Express the previous year. | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | AMOUNT |
|---|---|---|---|---|
| 0002 | | | TBD | |
| | BASE PERIOD YEAR 4 FOR OFFICIAL TRAVEL SERVICES April 1, 2002 through October 31, 2003<br>Provides a Common User Interface (CUI) to facilitate official travel Services worldwide and the management and operation of Commercial Travel Office in designated locations with in the Defense Travel Region 6. | | | |

| ITEM NO | INFORMATIONAL | | | |
|---|---|---|---|---|
| 0005 | | | | |
| | BASE PERIOD YEAR 4<br>April 1, 2002 through October 31, 2003 | | | |

| ITEM NO | SUPPLIES/SERVICES | ESIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 0006 | | 19 | | |
| | **DTS OPERATIONS AND MAINTENANCE**<br>FFP - [redacted]<br>Funds: O&M<br>Contract Type: Requirements<br>See section C paragraph C2 | | | |

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 0006AA | | 5 | Month | $925,033.33 |
| | **DTS OPERATIONS AND MAINTENANCE**<br>Period: April 1, 2002 – August 31, 2002 | | | |

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 0006AB | | 1 | Month | $957,298.33 |
| | **DTS OPERATIONS AND MAINTENANCE**<br>Period: September 1, 2002 – September 30, 2002 | | | |

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 0006AC | | 6 | Month | $1,550,491.75 |
| | **DTS OPERATIONS AND MAINTENANCE**<br>Period: October 1, 2002 – March 31, 2003 | | | |

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 0006AD | | 5 | Month | $1,901,385.78 |
| | **DTS OPERATIONS AND MAINTENANCE**<br>Period: April 1, 2003 – August 31, 2003 | | | |

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 0006AE | | 2 | Month | $1,777,722.82 |
| | **DTS OPERATIONS AND MAINTENANCE**<br>Period: September 1, 2003 – October 31, 2003 | | | |

| ITEM NO | SUPPLIES/SERVICES | | | UNIT PRICE |
|---|---|---|---|---|
| 0006AF | | | | NSP |
| | DATA (CDRL)<br>The contractor shall provide the following CDRLs: AA01 - AA30 Delivery of the CDRLs shall be in accordance with the instructions on the DD1423s provided in Section J. | | | |

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 0006AG | | 1 | Lot | $209,716.59 |
| | **DTS OPERATIONS AND MAINTENANCE**<br>**Intrusion Detection System (IDS)**<br>FFP<br>Funds: O&M | | | |

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 0006AH | | 1 | Lot | $700,735.00 |
| | **DTS OPERATIONS AND MAINTENANCE**<br>**Gradkell DBSign**<br>Price includes first year annual maintenance in the amount of $48,875.00<br>FFP<br>Funds: O&M | | | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | AMOUNT |
|---|---|---|---|---|
| 1001BH | OPTIONAL | 1.00 | Million | $500,000.00 |
| | FFP - Annual Maintenance of Travel Manager software. Based on number of travel vouchers. Proceed using DTS Express the previous year. (This is a Year Five Maintenance fee for One Million Vouchers).<br>Period: April 1, 2003 - March 31, 2004 | | | |

| ITEM NO | INFORMATIONAL | | | |
|---|---|---|---|---|
| 1005 | | | | |
| | BASE PERIOD YEAR 5<br>November 1, 2003 through October 31, 2004 | | | |

| ITEM NO | SUPPLIES/SERVICES | ESIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 1006 | **Informational** | 12 | Month | |
| | **DTS OPERATIONS AND MAINTENANCE**<br>FFP - Population/travel volume<br>Funds: O&M<br>Contract Type: Requirements<br>See section C paragraph C2 | | | |

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 1006AA | | 5 | Month | $1,143,827.86 |
| | **DTS OPERATIONS AND MAINTENANCE**<br>Period: November 1, 2003 – March 31, 2004 | | | |

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE |
|---|---|---|---|---|
| 1006AB | | 7 | Month | $1,224,551.02 |
| | **DTS OPERATIONS AND MAINTENANCE**<br>Period: April 1, 2004 – October 31, 2004 | | | |

| ITEM NO | SUPPLIES/SERVICES | | | UNIT PRICE |
|---|---|---|---|---|
| 1006AC | | | | NSP |
| | DATA (CDRL)<br>The contractor shall provide the following CDRLs: AA01 - AA30 Delivery of the CDRLs shall be in accordance with the instructions on the DD1423s provided in Section J. | | | |

| ITEM NO | INFORMATIONAL |
|---|---|
| 1007 | |
| | **GDS CONNECTIVITY (BIG PIPE)**<br>FFP<br>Funds: O&M<br>Contract Type: IDIQ |