# Attachment A

# INDEX TO APPENDIX FILED PURSUANT TO PARAGRAPH 4 OF SPECIAL PROCEDURES ORDER


| | Page |
|---|---|
| Commerce Business Daily Issue Of June 18, 1997 (2 pages) | 1 |
| Solicitation DAMTO1-97-R-1003 (selected pages) (64 pages) | 3 |
| Contract DAMTO1-98-D-1005 (selected pages) (49 pages) | 67 |
| Modification P0025 (selected pages) (63 pages) | 116. |
| Modification P0027 (selected pages) (61 pages) | 179 |
| Modification P0029 (selected pages) (45 pages) | 241 |
| Contract DAMTO1-02-C-0027 (selected pages) (8 pages) | 285 |
| Contract DAMTO1-02-C-0028 (selected pages) (7 pages) | 293 |
| Nov. 8, 2002 Letter From Ruby L. Mixon To Erma Spell (1 page) | 300 |
| Nov. 26, 2002 Letter From Erma Spell To Ruby Mixon (4 pages) | 301 |
| Jan. 10, 2003 Letter From Jackie Robinson-Burnette To Erma Spell (1 page) | 305 |
| Jan. 31, 2003 Letter From Jackie Robinson-Burnette To Erma Spell (1 page) | 306. |
| May 15, 2003 E-Mail From Jackie Robinson-Burnette To Craig Thompson (1 page) | 307 |
| Modification P00034 (selected pages) (3 pages) | 308 |
| Delivery Order 20 (selected pages) (11 pages) | 311 |


**The following portions of this Appendix contain confidential information which may not be disclosed except pursuant to a Proposed Protective Order filed in this action: pages 67-285 and pages 308-321. The parties have agreed to abide by the Proposed Protective Order for this Appendix even in the event it is not entered by the Court.**