# Attachment B

M Levitt, D

VENABLE LLP

8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707

Telephone 703-760-1600
Facsimile 703-821-8949

www.venable.com

Lars E. Anderson
(703) 760-1605
leanderson@venable.com

February 11, 2004

***VIA FACSIMILE and U.S. FIRST CLASS MAIL***

David A. Levitt, Esquire
Trial Attorney
U.S. Department of Justice
Commercial Litigation Division
1100 L Street, N.W., Eighth Floor
Washington, D.C. 20530

**Re: CW Government Travel, Inc. v. The United States, Case No. 03-1274C**

Dear Mr. Levitt:

As you are aware, we will be filing Carlson's Opposition to the Government's Motion to Dismiss or, in the Alternative, for Summary Judgment on Thursday, February 12, 2004. We will be filing an Appendix in Support of our Opposition and anticipate that some of the materials in the Appendix will contain protected information. In keeping with ¶ 7 of the Provision Protective Order issued in this case by Judge Baskir, we are enclosing a copy of the preliminary index of the Appendix materials. The index indicates which materials we believe are protected. We intend to file under seal only those materials designated as protected.

We also anticipate that other filings in support of Carlson's Opposition will contain protected material. We propose that we file both protected and proposed redacted versions of these documents under seal. We anticipate redacting only information that comes directly from the Appendix materials designated as protected. We ask that you review the redacted versions of these documents after filing and raise any concerns that you may have with the proposed redactions no later than Tuesday, February 17, 2004.

Please call either of us if you have any questions or concerns regarding the proposed procedure.

Very truly yours,

Lars E. Anderson
Michael W. Robinson
*Counsel to CW Government Travel, Inc.*

Attachment
::ODMA\PCDOCS\MC1DOCS1\157897\1

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

# Preliminary Index for Appendix in Support of Plaintiff's Opposition to Defendant's Motion

| TAB | DATE | DESCRIPTION OF DOCUMENT |
|---|---|---|
| 1 | | Excerpts from Solicitation |
| 2 * | April 1998 | Source Selection Decision Statement (with Enclosures) |
| 3 | May 7, 1998 | Original DTS DTR-6 Contract with Sections B - I, Functional Requirements, Technical Requirements & Process Flow Chart) |
| 4 | May 22, 2001 | Task Order 0010 and Modifications |
| 5 | June 12, 2001 | Task Order 0012 and Modifications |
| 6 | July 27, 2001 | Task Order 0013 and Modifications |
| 7 * | October 31, 2001 | Government Cost Estimate for DTS-PMO Travel Management Services |
| 8 | February 27, 2002 | Modification P00025 (inc. Sections B-C and G-H and Functional Requirements) |
| 9 * | April 1, 2002 | Post and Pre-Negotiation Memorandum for DTS Proposals (with attachments) |
| 10* | | Draft Portion of Post and Pre-Negotiation Memorandum for DTS Proposals |
| 11 | March 29, 2002 | Modification P00027 (Sections B-H, DTS Requirements Spec., Verification Cross-Reference & CDRL on Training Materials) |
| 12 * | May 20, 2002 | Pre/Post Negotiation Objective Memorandum – Task Order 0022 |
| 13 | May 23, 2002 | Modification P00029 (inc. Sections B, G and H, and DTR-6 Travel Service Requirements Document) |
| 14 | July 1, 2002 | DoD IG Report: Allegations to the Defense Hotline on the Management of the Defense Travel System |
| 15 | | Analysis of DTS Program by the Office of Program Analysis and Evaluation |
| 16 | July 3, 2002 | Defense Travel System Phase 3 Deployment Plan |
| | | |
| 17 | March 17, 1999 | J&A for 15-month extension to MTMC DTR-3 Contract |
| 18 | April 10, 2000 | J&A for 18-month extension to MTMC DTR-3 Contract |
| 19 * | May 10, 2001 | MTMC Memorandum re: Contract DAHC22-91-C-0001, DTR-3, Contact Extension |
| 20 | October 5, 2001 | J&A for 6-month extension to MTMC DTR-3 Contract |
| 21 | April 3, 2002 | J&A for 12-month extension to MTMC DTR-3 Contract |
| | | |
| 22 | November 20, 1996 | Carlson Letter re: Draft DTS Request for Proposal |
| 23 | January 3, 1997 | Excerpt from Updated Q&A file on DTS DTR-6 Solicitation |
| 24 | January 16, 1997 | Carlson Comments on Sections L and M of Second Draft Solicitation |
| 25 * | June 27, 1997 | Acquisition Plan for the Defense Travel System |
| 26 | July 23, 1997 | Attendance Roster and Agenda from DTS Preproposal Conference |
| 27 | October 27, 1999 | Letter from Donna Casey to John S. Freck |
| 28 | June 28, 2000 | E-mail from Adam T. Yearwood to other PMO-DTS employees |
| 29 | August 1, 2000 | E-mail from Sharon Roberts to MTMC and PMO-DTS employees |

## Preliminary Index for Appendix in Support of Plaintiff's Opposition to Defendant's Motion

| | | |
|---|---|---|
| 30 * | February 16, 2001 | Email from Sue Kinsey to Susanna Weart re: DTR-6 Contract Revisions |
| 31 * | February 21-22, 2001 | Minutes of DTS Contract Assessment Meeting |
| 32 * | February 21, 2001 | The Defense Travel System: Paths to Additional Success |
| 33 * | March 6, 2001 | Minutes and notes from Restructure Meeting |
| 34 * | March 8, 2001 | Minutes and sign-in sheet from Restructure Meeting |
| 35 * | March 16, 2001 | Comparison of Restructure Visions and Notes from March 16, 2001 Meeting |
| 36 * | April 2, 2001 | Minutes and Notes from Contract Restructuring Meeting |
| 37 * | | DTS Program Restructuring Actions Required |
| 38 | January 16, 2002 | Letter from Peggy Butler to TRW re: Proposal for Contract Restructure |
| 39 | January 24, 2002 | Letter from Peggy Butler to TRW re: Proposal for Traditional Travel Services |
| 40 | February 13, 2002 | Letter from Peggy Butler to TRW re: Additional Changes to Restructure SOW |
| 41 | February 27, 2002 | Letter from MTMC announcing award of DAMT01-01-R-0175 to CWGT |
| 42 | March 5, 2002 | Letter from Sue Kinsey to TRW re: on-line booking capability in Army RFP |
| 43 * | March 12, 2002 | Defense Travel System Technology Refreshment |
| 44 * | | TRW Spreadsheet of CTO Support for Traditional Travel Service for DTR |
| 45 * | March 14, 2002 | E-mail from Peggy Butler to Robert McGinnis re: DTS Restructure P2 Eval Report |
| 46 * | March 20, 2002 | E-mail from Sharon Roberts re: Action Items as of 20 March |
| 47 | March 22, 2002 | E-mail from Paul Joyce to Andrea Carlock (MTMC) |
| 48 * | March 25, 2002 | Letter from TRW to Peggy Butler re: DTS Contract Restructure |
| 49 * | March 27, 2002 | E-mail from Sharon Roberts to Peggy Butler re: Comments on Cost Proposal |
| 50 * | March 27, 2002 | Letter from TRW to Peggy Butler re: DTS Contract Restructure |
| 51 * | March 29, 2002 | E-mail from TRW to Peggy Butler with TRW's Comments to Proposed Modification P00027 |
| 52 * | March 28, 2002 | E-mail from Richard McGinnis to Peggy Butler re: DTS Restructure Post Negotiation Memorandum |
| 53 | April 5, 2002 | E-mail from Peggy Butler to William May re: Restructure of DTS Contract |
| 54 * | July 29, 2002 | Letter from Peggy Butler to TRW re: DTR-6 Travel Management Service Requirement |
| 55 | August 8, 2002 | Letter from Karen A. Williams to Janet Papp |
| 56 | August 23, 2002 | Declaration of Karen A. Williams in American Express v. TRW |
| 57 | October 8, 2002 | Declaration of Mitchell J. Ross in American Express v. TRW |
| 58 | October 23, 2002 | Deposition of Rich Fabbre in American Express v. TRW (excerpts) |
| 59 | June 25, 2003 | E-mail from Jackie Robinson-Burnette to Peggy Butler re: email to Carlson |
| 60 | July 16, 2003 | Letter from David Levitt to Lars Anderson |
| 61 | July 23, 2003 | Letter from Lars Anderson to David Levitt |
| 62 | August 2003 | DTS Program Director's Update by Col. Larry Schaefer |
| 63 | October 9, 2003 | Excerpt from Draft W91QUZ-04-R-0003 Solicitation |
| 64 | November 25, 2003 | Letter from Lars Anderson to Charles Morrow re: Protected Material in Protests B-292101, et al. |