# In the United States Court of Federal Claims

**03-1274C**

**Filed: March 24, 2004**

**CW GOVERNMENT TRAVEL, INC.,**

**v.**

**THE UNITED STATES**

**Pltf's Reply and Memorandum in Support Thereof to**
**Dft's Opposition to Pltf's Cross Motion for Summary**
**Judgment on Counts I and II, Together with**
**Separately Bound Appendix Volume [FILED UNDER SEAL]**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.