# In the United States Court of Federal Claims

**03-1274C**

**Filed: April 7, 2004**

**CW GOVERNMENT TRAVEL, INC.,**

**v.**

**THE UNITED STATES**

**Pltf's Reply to Dft's Memorandum Concerning**
**Whether Unit Prices and Other Information in the DTS DTR-6**
**Contract are Confidential**
**[FILED UNDER SEAL]**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.