# In the United States Court of Federal Claims

**03-1274C**

**Filed: May 10, 2004**

**CW GOVERNMENT TRAVEL, INC.,**

**v.**

**THE UNITED STATES**

**Consolidated Joint Statement of Facts in Support of Dft's and Intervenor's Motion to Dismiss or, in the Alternative for Summary Judgment and Pltf's Response Thereto and Joint Statement of Facts in Suport of Pltf's Cross Motion for Summary Judgment and Dft's and Intervenor's Response**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.