# In the United States Court of Federal Claims

**03-1274C**

**Filed: June 14, 2004**

**CW GOV'T TRAVEL, INC.,**

**v.**

**THE UNITED STATES**

**Transcript of Proceedings (1 Volume) Taken at Washington, DC**
**on May 18, 2004 Before Judge George W. Miller**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.