# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **CW GOVERNMENT TRAVEL, INC.,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **THE UNITED STATES OF AMERICA,** <br><br> **Defendant,** <br><br> **and** <br><br> **NORTHROP GRUMMAN SPACE AND MISSIONS SYSTEM CORPORATION,** <br><br> **Intervenor.** | ) | **Case No. 03-1274C** <br> **Judge George W. Miller** |

**JOINT REPORT REGARDING DECISION**

Pursuant to this Court's Order dated July 26, 2004, the Parties hereby notify the Court that its Opinion and Order issued on July 26, 2004 does not contain any information that the parties believe should be redacted and, thus, it may be published in full.

W02-DC:9ABP1\100019788.1

Respectfully submitted,

/s/ John W. Chierichella
JOHN W. CHIERICHELLA
ANNE B. PERRY
Sheppard Mullin Richter &
Hampton, LLP
1300 I Street, NW, Floor 11 East
Washington, D.C. 20005
Telephone: (202) 218-0000
Facsimile : (202) 218-0020

Respectfully submitted,

/s/ Peter D. Keisler
PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Telephone: (202) 307-0309
Facsimile: (202) 514-7965

Attorneys for Defendant

Respectfully submitted:

/s/Lars E. Anderson

Lars E. Anderson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 760-1623 (Protected)

Of Counsel:
Michael W. Robinson
Benjamin A. Winter
Sharon A. Jenks
Julia M. Kiraly
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 760-1623 (Protected)

Attorneys for Plaintiff

Dated: July 28, 2004

## CERTIFICATE OF FILING

I hereby certify that on July 28, 2004, a copy of the foregoing **JOINT REPORT REGARDING DECISION** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/S/ John W. Chierichella*
John W. Chierichella