# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **CW GOVERNMENT TRAVEL, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant,**<br><br>**and**<br><br>**NORTHROP GRUMMAN SPACE AND MISSIONS SYSTEM CORPORATION,**<br><br>**Intervenor.** | ) | **Case No. 03-1274C**<br>**Judge George W. Miller** |

**PROPOSED TIMETABLE AND ACTIONS TO IMPLEMENT ORDER DATED JULY 26, 2004**

Defendant-intervenor Northrop Grumman Space & Mission Systems Corporation ("Northrop Grumman) hereby advises the Court that Northrop Grumman has no objections to the defendant United States' proposed timetable and actions to re-compete traditional travel services in Defense Travel Region 6 ("DTR 6") and other relevant areas.

DATED: August 6, 2004

Respectfully submitted,

*/S/ John W. Chierichella*

John W. Chierichella
Anne B. Perry
Sheppard, Mullin, Richter & Hampton
1300 I Street, NW, 11th Floor East
Washington, DC 20005
202-218-0000
202-218-0020, fax

## CERTIFICATE OF FILING

I hereby certify that on August 6, 2004, a copy of the foregoing **PROPOSED TIMETABLE AND ACTIONS TO IMPLEMENT ORDER DATED JULY 26, 2004** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/S/ John W. Chierichella*
John W. Chierichella