IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CW GOVERNMENT TRAVEL, INC.

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant,

and

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,

Defendant-Intervenor.

No. 03-1274 C
(Judge George W. Miller)

PROPOSED TIMETABLE AND ACTIONS TO IMPLEMENT ORDER DATED JULY 26, 2004

Pursuant to this Court's order dated July 26, 2004, the defendant United States hereby submits a proposed timetable and actions to re-compete traditional travel services in Defense Travel Region 6 ("DTR 6") and other relevant areas in order to ensure compliance with the Competition In Contracting Act, 41 U.S.C. § 253(a) as interpreted by the July 26 order.[1]

I. Schedule For Soliciting Traditional Travel Services

Prior to this Court's July 26, 2004 decision, the Department of Defense ("DoD") began the process of re-competing its worldwide CTO services requirements. This process includes all traditional travel services presently provided by Northrop Grumman under the DTS DTR-6

[1]The United States has been informed that Northrop Grumman Space & Mission Systems Corporation ("Northrop Grumman"), defendant-intervenor, will file a separate response to the July 26 order endorsing the proposed actions and timetable for transitioning the eight states currently serviced under the DTS DTR6 contract to a newly selected Commercial Travel Office ("CTO") contractor.

contract.

The acquisition of CTO services is being conducted in two phases. Phase I consists of 31 travel areas consisting of CTOs and Military Entrance Processing Stations ("MEPS"). The Phase I competitions include traditional travel services currently performed under the DTS DTR-6 contract for nine MEPS located in DTR-6. The Government received proposals in response to solicitations issued under Phase I and is currently evaluating them. Award of contracts resulting from Phase I solicitations are expected on or about October 29, 2004, with performance of the nine DTR-6 MEPS beginning on April 1, 2005.

Phase II consists of the remaining CTO requirements not included in Phase I. As a result, Phase II will compete the traditional travel services presently performed by Northrop Grumman under the DTS DTR-6 contract, which were not competed in Phase I. The pre-solicitation notice for the Phase II acquisitions was posted to FedBizOpps ("FBO") on June 24, 2004. The notice informed potential bidders that the Government anticipates releasing a Request for Proposal ("RFP") in August 2004.

The Phase II acquisition will consist of a single solicitation to award multiple indefinite-delivery, indefinite-quantity contracts for CTO services. Task orders for services in specific geographic regions will be competed among contract awardees shortly thereafter. In order to ensure that a task order for CTO services in DTR-6 is ready to be issued in time for the awardee to commence work by April 1, 2005, preparation of a Request for Quote ("RFQ") will occur between September 1, 2004 and February 5, 2005.

It is anticipated the RFQ for DTR-6 will be released by February 7, 2005 and the task order for the CTO services in DTR-6 will be awarded by March 1, 2005. It is further anticipated

that work will commence by April 1, 2005. As the attached timetable indicates, Phase II is planned so that performance at DTR-6 sites will begin simultaneously with contracts awarded under Phase I. Consequently, the Government intends to start performance for DTR-6 effective April 1, 2005. Therefore, all traditional travel services in DTR-6 presently performed by Northrop Grumman under the DTS DTR-6 contract will terminate as of March 31, 2005.

## II. Proposed Milestone Steps

| | |
|---|---|
| 31 Aug 04 | Phase II RFP Release |
| 01 Sep 04 - 06 Feb 05 | Preparation of Request for Quote ("RFQ") for DTR-6 Traditional Travel Services - Task Order |
| 18 Oct 04 | Receipt of Phase II Proposals - Begin Source Selection Process |
| 29 Oct 04 | Phase I Contract Awards - Including Nine (9) MEPS In DTR-6 |
| 01 Feb 05 | Completion of Phase II Source Selection Process / Phase II Contracts Awarded |
| 07 Feb 05 | Release of RFQ for DTR-6 Traditional Travel Services |
| 01 Mar 05 | Award of Task Order(s) for DTR-6 Traditional Travel Services |
| 31 Mar 05 | Performance of Traditional Travel Services in DTR-6 by Northrop Grumman Terminated |
| 1 Apr 05 | Phase I and Phase II Awardees Begin Performance of Traditional Travel Services in DTR-6 |

## III. CONCLUSION

We believe the above actions and timetable advance the July 26 order and, accordingly, respectfully request that the proposed actions and timetable be approved. We have discussed the proposed action and timetable with plaintiff CW Government Travel, Inc. ("Carlson") but the Government and Carlson have been unable to reach an agreement on a timetable for implementing the July 26 order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 307-0309
Fax: (202) 514-7965

Attorneys For Defendant

Date: August 6, 2004