# In the United States Court of Federal Claims

**03-1274C**

**Filed: August 9, 2004**

**CW GOVERNMENT TRAVEL, INC.**

**v.**

**THE UNITED STATES**

**PLAINTIFF'S MOTION FOR RECONSIDERATION**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.