# In the United States Court of Federal Claims

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant,

and

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,

Defendant-Intervenor.

No. 03-1274 C

(Filed August 12, 2004)

ORDER

On August 9, 2004, plaintiff filed a motion for reconsideration of the Court's July 26, 2004 Opinion and Order insofar as it granted defendant's motion for summary judgment on plaintiff's claims, set forth in Counts I and II of plaintiff's amended complaint, relating to the payment restructure and changes to the requirements of the CUI. At the status conference held on August 11, 2004, the Court requested that defendant file a response to plaintiff's motion for reconsideration. Defendant shall file and serve its response to plaintiff's motion for reconsideration by September 23, 2004. Plaintiff shall file and serve its reply in support of its motion by October 7, 2004. Oral argument will be held on October 14, 2004 at 9:30 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The oral argument will be on the record and conducted in accordance with the protective order issued in this case on October 2, 2003.

IT IS SO ORDERED.

/s/George W. Miller
GEORGE W. MILLER
Judge