IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant,

and

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,

Defendant-Intervenor.

No. 03-1274 C
(Judge George W. Miller)

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, the parties to this action hereby stipulate that Count III of the Amended Complaint in the above-captioned action be dismissed as moot with each party to bear its own costs, attorney fees, and expenses related to Count III.

Respectfully submitted,

/s/ Lars E. Anderson
LARS E. ANDERSON
VENABLE LLP
8010 Towers Crescent Dr., Suite 300
Vienna, Virginia 22182
Tel: 703-760-1600
Fax: 703-760-1623

Attorneys For Plaintiff

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Division
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: 202-307-0309
Fax: 202-514-7965

Attorneys For Defendant

Date: August 12, 2004