IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,

Intervenor.

No. 03-1274C
(Judge George W. Miller)

DEFENDANT'S MOTION TO CORRECT TYPOGRAPHICAL ERRORS IN AUGUST 3, 2004 REISSUED OPINION AND ORDER

Pursuant to Rule 7(a) of the Rules of the Court of Federal Claims ("RCFC"), defendant United States respectfully requests the Court to correct the August 3, 2004 reissued opinion and order in the above-captioned case to reflect the fact that the Department of Army transferred one of the contracts at issue in the case from the Military Traffic Management Command ("MTMC") to the Information Technology E-Commerce and Commercial Contracting Center ("ITEC4") in 2001, thereby rendering inaccurate the attribution of some of the contract actions to MTMC instead of to ITEC4. To rectify these mis-attributions, we respectfully request the following errata:

1. In the second sentence on page 3, substitute "Army's Information Technology E-Commerce and Commercial Contracting Center ("ITEC4") for "Military Traffic Management Control ("MTMC," "agency," "Government")."

2. At page 3, substitute "the Army's Military Traffic Management Command ("MTMC")" for "MTMC" in the first sentence of the first full paragraph.

3. At page 4, add the following sentence at the end of the first full paragraph: "In 2001, the Army transferred responsibility to support the DTS DTR-6 contract from MTMC to ITEC4."

4. At page 13, substitute "ITEC4" for "MTMC" in Section Heading No. 1 and in the first sentence of the first full paragraph.

5. At page 19, substitute "ITEC4" for "MTMC" in the seventh sentence of the first full paragraph and in Section Heading No. 2.

6. At page 20, substitute "ITEC4" for "MTMC" in the third sentence of the first full paragraph.

7. At page 21, substitute "ITEC4" for "MTMC" in the third sentence of the first full paragraph and in the second and third sentences of the second full paragraph.

These corrections will rectify mis-attributions in the opinion. Accordingly, we respectfully request that this motion be granted.

Respectfully submitted

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Franklin E. White, Jr. by B.S
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
202-307-0309, Tel.
202-514-7965, Fax.

Attorneys for Defendant\

Date: September 30, 2004

CERTIFICATE OF FILING

I hereby certify that on September 30, 2004, a copy of the foregoing Defendant's Motion To Correct Typographical Errors In August 3, 2004 Reissued Opinion And Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David A. Levitt