IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC., Plaintiff, v. THE UNITED STATES, Defendant, and NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION, Intervenor. | ) | No. 03-1274C (Judge George W. Miller) |

DEFENDANT'S MOTION TO OVERRIDE PREVIOUSLY PROPOSED ERRATA AND TO SUBSTITUTE THE ENCLOSED ERRATA TO CORRECT THE AUGUST 3, 2004 REISSUED OPINION AND ORDER

Pursuant to Rule 7(a) of the Rules of the Court of Federal Claims ("RCFC"), defendant United States respectfully requests the Court to amend the proposed errata contained in our September 30, 2004 motion and to substitute the enclosed errata instead. Our previous proposed errata overlooked the fact that, in April 2001, the Department of the Army administratively transferred the administration of the DTS DTR-6 contract from the Military Traffic Management Command ("MTMC") to the United States Army Communications-Electronics Command Acquisition Center, Washington DC ("CAC-W") rather than from MTMC to the United States Army Contracting Agency, Information Technology, E-Commerce and Commercial Contracting Center ("ITEC-4"). A second administrative transfer occurred in October 2002 when ITEC-4 assumed administrative responsibility from CAC-W. The omission in our previously proposed errata concerning the double administrative transfer resulted in a misidentification of the

agencies which were administering the contract at the relevant times. To rectify the omission, we respectfully request that the September 30 motion be disregarded and the following errata be incorporated instead:

1. In the second sentence on page 3, substitute "United States Army Contracting Agency, Information Technology, E-Commerce and Commercial Contracting Center ("ITEC4")" for "Military Traffic Management Control ("MTMC," "agency," "Government")."

2. At page 3, substitute "the Army's Military Traffic Management Command ("MTMC")" for "MTMC" in the first sentence of the first full paragraph.

3. At page 4, add the following two sentences at the end of the first full paragraph: "In 2001, the Army transferred responsibility for the administration of the DTS DTR-6 contract from MTMC to the U.S. Army Communications-Electronics Command Acquisition Center, Washington, DC ("CAC-W"). In October 2002, CAC-W transferred the DTS DTR-6 contract to ITEC-4, which is currently the agency responsible for administering the contract."

4. At page 13, substitute "CAC-W" for "MTMC" in Section Heading No. 1 and in the first sentence of the first full paragraph.

5. At page 19, substitute "CAC-W" for "MTMC" in the seventh sentence of the first full paragraph. Substitute "ITEC4" for "MTMC" in Section Heading No. 2.

6. At page 20, substitute "CAC-W" for "MTMC" in the third sentence of the first full paragraph.

7. At page 21, substitute "ITEC4" for "MTMC" in the third sentence of the first full

paragraph. Substitute "CAC-W" for "MTMC" in the second and third sentences of the second full paragraph.

With these corrections, the reissued opinion accurately will reflect the administration of the DTS DTR - 6 contract by the relevant agencies. Accordingly, we respectfully request that this motion be granted.

Respectfully submitted

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Franklin E. White, Jr. by B.S
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
202-307-0309, Tel.
202-514-7965, Fax.

Attorneys for Defendant\

Date: October 6, 2004

CERTIFICATE OF FILING

I hereby certify that on October 6, 2004, a copy of the foregoing Defendant's Motion To Override Previously Proposed Errata And To Substitute The Enclosed Errata To Correct The August 3, 2004 Reissued Opinion And Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David A. Levitt