IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>NORTHROP GRUMMAN SPACE & MISSIONS SYSTEMS CORPORATION,<br><br>Intervenor. | ) | Case No. 03-1274C<br>Judge George W. Miller |

DEFENDANT'S MOTION TO REVISE AUGUST 12, 2004
ORDER WITH RESPECT TO RE-COMPETING DTR-6

In the order filed on August 12, 2004, the Court required the Government to re-compete traditional travel services in DTR-6 and established the following timeline:

1) release of new solicitation or task order RFQ on or about September 2, 2004;

2) receipt of proposals on or about September 17, 2004;

3) award of a contract or task order on or about October 1, 2004; and

4) performance pursuant to the new contract or task order to commence, and performance of traditional services in DTR-6 pursuant to the DTS DTR-6 contract to terminate, on or about November 1, 2004.

Consistent with the Court's order, the Government released an RFQ on September 2, 2004 and received proposals from multiple offerors on September 23, 2004. Because of

questions raised by various vendors concerning the RFQ, the Government issued an amendment to the RFQ permitting offerors to submit revised proposals by September 28, 2004. The Government currently is evaluating the proposals it received. However, the evaluation is proving to be more time consuming than originally anticipated. Furthermore, Government evaluators have identified issues with some of the proposals that must be resolved by means of communications with offerors before the selection of a successful offeror may be made. Consequently, the Government is unable to meet the award and performance start dates established in the Court's order.

The Government anticipates that the award will be made on or about October 26, 2004 and performance under the new contract will commence on or about November 22, 2004. The anticipated commencement date for the new contract exceeds the order's timetable by approximately three weeks. The Government believes that this delay, which stems from the complexity of this procurement, is unavoidable and comports with the spirit of the Court's order which allows some flexibility in the established timeline. Nevertheless, in an abundance of caution and to avoid a dispute as to the current timetable, the Government requests that the Court modify its order to incorporate the revised schedule set forth herein. Accordingly, we respectfully request that the order be modified to provide that the DTR-6 task order be awarded on or about October 26, 2004, with performance pursuant to the new task order to commence and performance of traditional travel services pursuant to the DTS DTR6 contract to terminate, on or about November 22, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Franklin E. White, Jr.by BS
FRANKLIN E. WHITE, FR..
Assistant Director

/s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
202-307-0309, Tel.
202-514-7965, fax

Attorneys For Defendant

Date: October 6, 2004

CERTIFICATE OF FILING

I hereby certify that on October 6, 2004, a copy of the foregoing Defendant's Motion To Revise August 12, 2004 Order With Respect To Re-Competing DTR-6 was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David A. Levitt