# In the United States Court of Federal Claims

**03-2174C**

**Filed: October 7, 2004**

**CW GOVERNMENT TRAVEL, INC.,**

**v.**

**THE UNITED STATES**

**Pltf's Reply in Support of Its Motion for Reconsideration**

The above document has been filed with the Clerk's Office UNDER SEAL in hard copy and is not available electronically.