# In the United States Court of Federal Claims

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant,

and

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,

Defendant-Intervenor.

No. 03-1274 C

(Filed October 14, 2004)

ORDER

On October 6, 2004, defendant filed a Motion to Revise the August 12, 2004 Order With Respect to Re-Competing DTR-6. At oral argument on October 14, 2004, plaintiff represented that it did not oppose defendant's motion to adjust the schedule set forth in the Court's August 12 Order. Accordingly, defendant's motion is GRANTED, and defendant's proposed schedule is adopted. The DTR-6 task order shall be awarded on or about October 26, 2004, with performance pursuant to the new task order to commence and performance of traditional travel services pursuant to the DTS DTR-6 contract to terminate, on or about November 22, 2004.

IT IS SO ORDERED.

s/George W. Miller
GEORGE W. MILLER
Judge