# In the United States Court of Federal Claims

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant, and NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION, Defendant-Intervenor. | No. 03-1274 C (Filed October 15, 2004) |

ORDER

On September 30, 2004, defendant filed a Motion to Correct Typographical Errors in August 3, 2004 Reissued Opinion and Order. The motion is denied as moot.

IT IS SO ORDERED.

s/George W. Miller
GEORGE W. MILLER
Judge