# In the United States Court of Federal Claims

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,<br><br>Defendant-Intervenor. | No. 03-1274 C<br><br>(Filed October 15, 2004) |

ORDER

On October 6, 2004, defendant filed a Motion to Override Previously Proposed Errata and to Substitute Enclosed Errata to Correct the August 3, 2004 Reissued Opinion and Order. At oral argument on October 14, 2004, plaintiff represented that it did not oppose the motion. Defendant's motion is GRANTED. The errata will be issued in a separate order.

IT IS SO ORDERED.

s/George W. Miller
GEORGE W. MILLER
Judge