# In the United States Court of Federal Claims

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant,

and

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,

Defendant-Intervenor.

No. 03-1274 C

(Filed October 15, 2004)

ERRATA

Please incorporate the following errata into the Court's Opinion and Order dated August 3, 2004:

1. In the second sentence on page 3, substitute "United States Army Contracting Agency, Information Technology, E-Commerce and Commercial Contracting Center ("ITEC-4") for "Military Traffic Management Control ("MTMC," "agency," "Government")."

2. At page 3, substitute "the Army's Military Traffic Management Command ("MTMC")" for "MTMC" in the first sentence of the first full paragraph.

3. At page 4, add the following two sentences at the end of the first full paragraph: "In 2001, the Army transferred responsibility for the administration of the DTS DTR-6 contract from MTMC to the U.S. Army Communications-Electronics Command Acquisition Center, Washington, DC ("CAC-W"). In October 2002, CAC-W transferred the DTS DTR-6 contract to ITEC-4, which is currently the agency responsible for administering the contract."

4. At page 13, substitute "CAC-W" for "MTMC" in Section Heading No. 1 and in the first sentence of the first full paragraph.

5. At page 19, substitute "CAC-W" for "MTMC" in the seventh sentence of the first full paragraph. Substitute "ITEC-4" for "MTMC" in Section Heading No. 2.

6. At page 20, substitute "CAC-W" for "MTMC" in the third sentence of the first full paragraph.

7. At page 21, substitute "ITEC-4" for "MTMC" in the third sentence of the first full paragraph. Substitute "CAC-W" for "MTMC" in the second and third sentences of the second full paragraph.

The above changes are intended to accurately reflect the administration of the DTS DTR-6 contract by the relevant agencies. No substantive changes are intended.

s/George W. Miller
GEORGE W. MILLER
Judge