# In the United States Court of Federal Claims

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>and<br><br>NORTHROP GRUMMAN SPACE &<br>MISSION SYSTEMS CORPORATION,<br><br>Defendant-Intervenor. | No. 03-1274 C<br><br>Filed November 5, 2004 |

ORDER

The transcript of the Oral Argument held on October 14, 2004 was filed under seal on November 2, 2004. The parties have determined that this transcript can now be made public. Therefore, the clerk is directed to remove this transcript from under seal.

IT IS SO ORDERED.

s/George W. Miller
GEORGE W. MILLER
Judge