# In the United States Court of Federal Claims

**No. 03-1274 C**

**CW GOVERNMENT TRAVEL, INC.,**
**Plaintiff,**

**v.**

**THE UNITED STATES**,
**Defendant,**

**and**

**NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,**
**Defendant-Intervenor.**

**JUDGMENT**

Pursuant to the Published Opinion and Order, filed January 12, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of plaintiff with respect to plaintiff's claim set forth in Counts I and II relating to traditional travel services.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is in favor of defendant and defendant-intervenor with respect to plaintiff's claim for injunctive relief set forth in Count II, relating to the payment restructure and changes to the requirements of the Common User Interface.

Brian Bishop
Clerk of Court

**January 18, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.