062280

ORIGINAL

# In the United States Court of Federal Claims

FILED
FEB 4 2005
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CW GOVERNMENT TRAVEL, INC.,** **Plaintiff,** v. **THE UNITED STATES OF AMERICA,** **Defendant,** and **NORTHROP GRUMMAN SPACE AND MISSION SYSTEMS CORPORATION,** **Defendant-Intervenor.** | **Case No. 03-1274C** **Judge George W. Miller** |

## NOTICE OF APPEAL

Notice is hereby given that CW Government Travel, Inc. ("Carlson"), Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals of the Federal Circuit from that portion of the judgment entered in this action on the 17th day of January 2005, relating to the Plaintiff's claim for injunctive relief set forth in Count II, relating to the payment restructure and changes to the requirements of the Common User Interface.

Dated: February 4, 2005

Respectfully submitted,

Lars E. Anderson
VENABLE LLP
8010 Towers Crescent Dr.
Vienna, Virginia 22182-2707
Telephone No.: (703) 760-1600
Telecopier No.: (703) 821-8949

*Of Counsel:*
Michael W. Robinson
Benjamin A. Winter
Julia M. Kiraly
*Counsel to Plaintiff*
*CW Government Travel, Inc.*

::ODMA\PCDOCS\MC1DOCS1\176936\1

**CERTIFICATE OF FILING**

I hereby certify that on February 4, 2005, a copy of the foregoing PLAINTIFF'S NOTICE OF APPEAL, was served via overnight delivery to:

David A. Levitt, Esquire
Trial Attorney
Commercial Litigation Branch, Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, N.W., Eighth Floor
Washington, D.C. 20530
(202) 307-0309 (telephone)
(202) 514-7965 (facsimile)

and

John W. Chierichella, Esquire
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1300 I Street, N.W., 11th Floor East
Washington, D.C. 20005-3314
(202) 218-6878 (telephone)
(202) 218-0020 (facsimile)

Lars E. Anderson



::ODMA\PCDOCS\MC1DOCS1\176936\1