# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**CW GOVERNMENT TRAVEL, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**and**

**NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION**

**Defendant-Intervenor.**

No. 03-1274C

Judge George W. Miller

## NORTHROP GRUMMAN'S MOTION TO STRIKE FILING IN ERROR

Defendant Northrop Grumman Space and Mission Systems Corporation ("Northrop Grumman") requests that the document No. 107 on the docket, incorrectly filed as a "Motion for Relief from Judgment Pursuant to Rule 60," be stricken, and removed from the calendar. It is an "Opposition to the Motion for Relief from Judgment," and correctly re-filed as document No. 108 on the docket.

DATED: January 26, 2006

Respectfully submitted,

/S/ John W. Chierichella

John W. Chierichella
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW, 11th Floor East
Washington, DC 20005
Tel: 202-218-6878
Fax: 202-218-0020

**PROOF OF SERVICE**

I hereby certify, under penalty of perjury, that on January 26, 2006, I caused a true and correct copy of the foregoing NORTHROP GRUMMAN'S MOTION TO STRIKE FILING IN ERROR was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/ David S. Gallacher