# In the United States Court of Federal Claims

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant,

and

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,

Defendant-Intervenor.

No. 03-1274 C

Filed January 26, 2006

ORDER

On January 26, 2006 defendant-intervenor filed Northrop Grumman's Motion to Strike Filing in Error, requesting that Docket Entry 107, which was incorrectly filed as a "Motion for Relief from Judgment Pursuant to Rule 60," be stricken. Defendant-intervenor intended to file an "Opposition to the Motion for Relief from Judgment," which was subsequently filed as Docket Entry 108. Northrop Grumman's Motion to Strike Filing in Error is GRANTED. The Clerk is directed to strike Docket Entry 107 from the docket.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge