# In the United States Court of Federal Claims

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant,

and

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,

Defendant-Intervenor.

No. 03-1274 C

Filed April 14, 2006

ORDER

The Court's February 13, 2006 Order required the parties to file additional briefs on Plaintiff's Motion for Relief from Judgment. The parties have filed the additional briefs required by the Order. After reviewing the parties' briefs, the Court believes that a status conference with the parties to discuss the nature and timing of further proceedings in this case would be beneficial to both the parties and the Court.

After consultation with the parties, the Court ORDERS that the parties shall appear for a telephonic status conference on **Tuesday, April 18, 2006 at 3:00 p.m**. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge