IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC., Plaintiff, v. THE UNITED STATES, Defendant, and NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION, Defendant-Intervenor. | No. 03-1274C (Judge George Miller) |

DEFENDANT'S WITNESS LIST

Pursuant to Appendix A, ¶ 15, of the Rules of the United States Court of Federal Claims ("RCFC") and this Court's order dated May 25, 2006, the defendant, United States, respectfully submits the list of witnesses it expects to call at the anticipated hearing on plaintiff, CW Government Travel, Inc.'s ("Carlson's") claim for injunctive relief for alleged violations of the Competition in Contracting Act, 41 U.S.C. § 253(a)(2000) related to contract number DAMT01-98-D-1005 ("DTS DTR-6 contract"). We describe the scope of the testimony we expect each witness to present at the anticipated hearing on Carlson's claim.

1. Colonel Brenda Sue Johnson
Program Director
Program Management Office - Defense Travel System
241 18th Street, Crystal Square, Suite 100
Alexandria, Virginia 22331-1700
Tel: (703) 607-1498

Colonel Johnson has been the program director of the Defense Travel System ("DTS")

since September 2003 and is familiar with the operations of the system. Colonel Johnson is expected to testify concerning the harm the Government is likely to suffer if performance under the DTS DTR-6 contract is enjoined including, but not limited to, lost savings resulting from the increased use of Commercial Travel Offices ("CTOs"), increased costs and inconvenience resulting from delays in fielding and development, increased costs and inconvenience relating to competing future requirements of DTS, increased costs and inconvenience to DoD travelers for whom DTS will be unavailable, and the resulting overall harm to DoD's mission of protecting the public security.

2, Gregory D. Ambrose
Chief, Systems Engineering & Development Division
Program Management Office - Defense Travel System
Department of Defense
241 18th Street, Crystal Square, Suite 100
Alexandria, Virginia 22331-1700
Tel: (703) 607-1498

Mr. Ambrose is responsible for overseeing engineering and developmental efforts relating to DTS. Mr. Ambrose is expected to testify concerning the current status of ongoing system engineering efforts and the harm the Government is likely to suffer if these efforts are not permitted to continue in the ordinary course.

Defendant reserves the right to name additional witnesses in the event unanticipated issues arise in the course of the hearing including witnesses for any sur-rebuttal presentation permitted by the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN

Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0282
Fax: (202) 514-8624

Attorneys for Defendant

June 2, 2006

CERTIFICATE OF FILING

I hereby certify that on June 2, 2006, a copy of the foregoing Defendant's Witness List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Levitt
David A. Levitt