IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC., Plaintiff, v. THE UNITED STATES, Defendant, and NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION, Defendant-Intervenor. | No. 03-1274C (Judge George Miller) |

DEFENDANT'S PRELIMINARY LIST OF EXHIBITS

Pursuant to Appendix A, ¶ 16, of the Rules of the United States Court of Federal Claims ("RCFC") and this Court's order dated May 25, 2006, the defendant, United States, respectfully submits this preliminary list of exhibits it expects to present at the anticipated hearing on plaintiff, CW Government Travel, Inc.'s ("Carlson's") claim for injunctive relief for alleged violations of the Competition in Contracting Act, 41 U.S.C. § 253(a)(2000) related to contract number DAMT01-98-D-1005 ("DTS DTR-6 contract"). We identify the title of the exhibit and will provide copies of exhibits in accordance with the May 25, 2006 order.

Exhibit 1 - "2006 May 30"

Exhibit 2 - "Business Volume 2006"

Exhibit 3 - "DTS Release Functionalities"

Exhibit 4 - "Integrated PMO Staff Meeting"

Exhibit 5 - "Open - Closed SPRS 12 Months"

Exhibit 6 - “Open SPRS - April 14 Provided DoDIG”

Exhibit 7 - “Phase I-II Sites”

Exhibit 8 - “Status Update”

Exhibit 9 - “DTS Interface & Transaction Flow”

Exhibit 10- “Voucher Rate Comparison”

Exhibit 11 - “Open CP’s As Of COB19 Apr.”

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0282
Fax: (202) 514-8624

Attorneys for Defendant

June 2, 2006

CERTIFICATE OF FILING

I hereby certify that on June 2, 2006, a copy of the foregoing Defendant's Preliminary List of Exhibits was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Levitt
David A. Levitt