# IN THE UNITED STATES
# COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CW GOVERNMENT TRAVEL, INC.,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant,**<br>**and**<br>**NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION**<br>**Defendant-Intervenor.** | No. 03-1274C<br>Judge George W. Miller |

## NORTHROP GRUMMAN'S RESPONSE TO THE COURT'S 5/25/06 ORDER

Pursuant to an Order dated May 25, 2006, and in anticipation of an evidentiary hearing "on the balance of harms to the parties and whether the entry of … an injunction [prohibiting the continuation of the DTS contract] would be in the public interest," the Court instructed the parties to file and serve: (1) a list of the witnesses they expect to call at such a hearing; (2) a summary of the witnesses' anticipated testimony; and (3) a preliminary list of the documentary exhibits each party intends to introduce at the hearing.

Northrop Grumman Space & Mission Systems Corporation ("Northrop Grumman") submits this preliminary list of exhibits it expects to present at the anticipated hearing on Plaintiff, CW Government Travel, Inc.'s ("Carlson's") claim for injunctive relief for alleged

violations of the Competition in Contracting Act, 41 U.S.C. § 253(a) related to contract number DAMT01-98-D-1005.

Pursuant to this Court's Order of May 25, 2006, Northrop Grumman is separately providing a courtesy copy of the referenced exhibits to Chambers, as well as to Plaintiff's counsel and counsel for the United States.

## I. WITNESSES

Northrop Grumman has reviewed the list of witnesses identified by the United States. Northrop Grumman has no additional witnesses to identify beyond those identified by the United States.

Northrop Grumman reserves the right to name additional witnesses that rebuts any evidence presented by Carlson or that are identified through the course of discovery.

## II. PRELIMINARY LIST OF DOCUMENTARY EXHIBITS

Northrop Grumman has reviewed the list of exhibits identified by the United States. In addition to those documents identified by the United States, Northrop Grumman identifies the following preliminary documentary Exhibits:

12. Declaration of Erma Spell, dated January 21, 2004 (Plf. App. V1563-V1566).
13. Declaration of Barbie Tarr, dated January 22, 2004 (Plf. App. V1567-V1570).
14. Declaration of William Hearne, dated February 10, 2004 (Plf. App. V1571-V1574).
15. Department of Defense, Office of the Inspector General, "Allegations to the Defense Hotline on the Management of the Defense Travel System" (D-2002-124) (Plf. App. V1144-V1192).

16. Excerpt from Contract No. DAMT01-98-D-1005 (Plf. App. V147).

17. Declaration of Colonel Larry Schaefer, dated December 8, 2003 (Def. App. 160-164).

18. Report titled, "Applicability of eTravel Service for DTS Requirements," dated December 18, 2002 (attached to Colonel Schaefer's Declaration, dated December 8, 2003) (Def. App. 168-170).

19. Briefing Charts titled, "A Comparative Analysis of eTravel Service (eTS) and Defense Travel System (DTS) with Collaboration Strategy," dated June 23, 2003 (attached to Colonel Schaefer's Declaration, dated December 8, 2003) (Def. App. 172-184).

20. DTS Chart (attached to Colonel Schaefer's Declaration, dated December 8, 2003) (Def. App. 186).

Northrop Grumman reserves the right to identify additional documentary Exhibits that rebuts any evidence presented by Carlson or that are identified through the course of discovery.

DATED: June 2, 2006

Respectfully submitted,

*/s/ John W. Chierichella*

John W. Chierichella
Anne B. Perry
Sheppard, Mullin, Richter & Hampton
1300 I Street, NW, 11th Floor East
Washington, DC 20005
202-218-0000
202-218-0020, fax

**PROOF OF SERVICE**

I hereby certify, under penalty of perjury, that on June 2, 2006, I caused a true and correct copy of the foregoing NORTHROP GRUMMAN'S RESPONSE TO THE COURT'S 5/25/06 ORDER to be filed electronically. A copy of the foregoing, along with the referenced documentary exhibits, are separately served via courier on the parties and also provided to Chambers. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David S. Gallacher*