# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CW GOVERNMENT TRAVEL, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 03-1274C** |
| **THE UNITED STATES OF AMERICA,** | **Judge George W. Miller** |
| **Defendant,** | |
| **and** | |
| **NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,** | |
| **Defendant-Intervenor.** | |

## PLAINTIFF'S REQUEST FOR FURTHER DISCOVERY

To date, the only documents produced by the Government have been those which the Government has selected and has voluntarily disclosed. However, during the course of the three depositions of Government personnel permitted by the Court, a number of other relevant documents have been identified which we believe contain information favorable to Plaintiff's position that enjoining the performance of the Defense Travel System (the "DTS") Contract would not create a significant hardship for the Government, and may actually provide a significant financial benefit to the Government.

Per this Court's Order of June 6, 2006, the Plaintiff, CW Government Travel, Inc. ("Carlson"), requests all documents, communications, or evidence of discussions identified during the following depositions and pertaining to:

**<u>DEPOSITION OF COLONEL BRENDA SUE JOHNSON</u>**

- Data regarding actual utilization of the Defense Travel System (the "DTS") versus traditional travel at sites where the DTS has been deployed.
- Information provided by the Defense Travel System Program Management Office (the "DTS PMO") to the Government Accountability Office (the "GAO") in the course of the GAO's investigations into the DTS.
- Alternative methods considered by the DTS PMO to satisfy the DTS requirements if the DTS Contract is terminated.
- Evaluations of Northrop's eTravel System, including, but not limited to, an analysis of the extent to which it meets Department of Defense ("DoD") requirements.
- The developmental work on the DTS that will be deferred until after September 30, 2006 due to funding or other currently known constraints.
- The planned DTS enhancements and, if or when they are going to be released between now and September 30, 2006, including, but not limited to, documentation that describes them and indicates when they are going to be released.
- The percentage of flights booked by the DTS using General Service Administration ("GSA") City Pairs instead of other available, lower airfares.
- Whether change orders were issued under the DTS Contract by the Government, or are contemplated being issued, that would show the benefit of finding airfares lower in price to the GSA City Pair fares.
- Comparisons between the GSA eTravel System and the DTS that found the eTravel System to be more accurate in terms of displaying flights and airfares.

- Any estimates of the additional costs that would allegedly be incurred by the Government if the Court terminates performance of the DTS Contract in August 2006.
- A list of potential actions that the DTS PMO has prepared in this matter that could mitigate costs to the Government if the DTS Contract is enjoined.
- Updates of the May 30, 2006 documentation previously provided to Plaintiff.
- Enhancements that are in the Technology Refresh ("Tech Refresh") and currently contemplated as being planned for completion prior to September 30, 2006.
- Updates of Tab 6 of Defendant's Preliminary Exhibits.
- Updates of deployment and enhancement schedules, including, but not limited to, those for the target releases listed at Tab 11 of Defendant's Preliminary Exhibits.
- The estimated difference in cost to the Government of securing a reservation by using the DTS versus not using the DTS under current DoD Travel Management or Commercial Travel Office ("CTO") Contracts.
- Whether DFAS will substantially reduce personnel in the DTS in Fiscal Year 2007 or thereafter and actually realize a net savings for DoD resulting from the processing of travel vouchers via the DTS.
- The Government's contemplation of issuing a sole source contract or task order to replace the current DTS Contract for period after September 30, 2006.

**DEPOSITION OF GREGORY D. AMBROSE**

- The background information referenced in the document (and referred to as "DTS 101") prepared by Northrop Grumman Space & Mission Systems Corporation ("Northrop") for the DoD Inspector General's Office on the Tech Refresh.

- Project management plan documents identifying problems or defects requiring correction or enhancements needed by the DTS.
- Agenda prepared for periodic meetings between the DTS PMO and military service representatives at the 06 level to discuss the DTS and documents reflecting the results of such meetings for 2005 and 2006.
- Reports generated by the Army Test and Evaluation Command in evaluating DTS performance since January 1, 2005.
- Formal or informal responses by the DTS PMO to the above tests generated by the Army Test and Evaluation Command.
- Monthly maintenance and/or enhancement releases for the DTS from the past six months.
- Task orders issued to Northrop pertaining to the above-mentioned maintenance and/or enhancement releases.
- Help Desk tickets issued as a result of Help Desk calls.
- System problem reports and/or spreadsheets, including, but not limited to, those generated as a result of Help Desk calls.
- Reports or other documentation provided to or available to the DTS PMO or Business Transformation Agency or Defense Travel Management Office regarding the DTS utilization rates for travel reservations after deployment.
- Reports that keep track of the number of reservations made in the DTS System and/or the number of vouchers processed for 2005 and 2006.
- Analysis prepared by or available to the Government regarding why the DTS was or was not being extensively used by Government travelers to make travel reservations where the DTS has been operationally deployed.

- Complaints by the military users of problems or defects with the DTS that were discouraging or inhibiting the use of the DTS to make travel arrangements.
- Reports generated by the DTS PMO or any support contractors that indicated the improvements needed in the system which led to the selection of OpenJaw to satisfy those improvements to the DTS reservation module.
- Reports that evaluated other commercial products (e.g., SABRE's Get There) to satisfy the improvements needed in the DTS Reservation System.
- Any instances in which a trip was booked by a member of the DTS PMO on the DTS and the CTO found and noted in the DTS a lower airfare available on the same flight.
- The most current progress reports for the Tech Refresh.
- The decision whether or not to test the Tech Refresh System after it is delivered by Northrop and before deployment.

**DEPOSITION OF PAUL JOYCE**

- Documents related to the periodic meetings of the DTS PMO with representatives of the military services regarding the DTS.
- DTMO's identification of issues to be discussed with the military services regarding DTS issues made after the March 28, 2006 Industry Conference.
- Documents reflecting the decision process regarding the April 2006 cancellation of the DTS Worldwide CTO Solicitation originally issued in November 2004.
- Discussions or responses to discussions regarding concerns expressed by the military services to the DTS PMO or DTMO in getting lower airfares than provided by the DTS.
- Reports or summaries prepared by or for the DTS PMO of problems or defects requiring correction or enhancements needed by the DTS.

- Reports available to DoD related to concern that the DTS was not properly displaying flights or airfares.
- Reports available to DoD related to concern that Government personnel were not adequately using the DTS.
- Reports available to DoD related to concern or discussions regarding how to increase utilization of the DTS.
- Reports prepared by or for DoD regarding instances in which DTS made airline reservations, but lower airfares were available on the same flight or alternative flights.
- Communications that notified Northrop that corrections, changes, or enhancements must be made to the DTS to more accurately display available flight and airfare information.
- Reports regarding problems experienced with the DTS in which the dates for hotel and rental car reservations did not coincide with the arrival time of the traveler at the temporary duty destination.
- Reports regarding problems experienced with the DTS in which travelers were making multiple reservations in the DTS System which caused airlines to charge the Government additional fees.
- Communications or reports regarding whether the DTS had been deployed without adequate testing.
- Findings or reports prepared by or for DFAS regarding the inaccurate processing of DTS travel vouchers.
- Reports regarding how many DoD travelers actually use the DTS reservation module to make airline reservations and, of those, how many of those travel transactions required CTO assistance – e.g., "DTS touch."

- Reports regarding the frequency with which the DTS selection of GSA City Pair airfares do not provide the lowest fare available and consistent with the Defense Transportation Regulation 4500.9-R.

Dated: July 5, 2006

Respectfully submitted,

s/ Lars E. Anderson

Lars E. Anderson
Michael W. Robinson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 760-1623 (Protected)
*Counsel for Plaintiff*

mc1docs/209004.01

## CERTIFICATE OF FILING

I hereby certify that on July 5, 2006, a copy of the foregoing PLAINTIFF'S REQUEST FOR FURTHER DISCOVERY was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Lars E. Anderson
Lars E. Anderson

mc1docs/209004.01