# In the United States Court of Federal Claims

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant,

and

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,

Defendant-Intervenor.

No. 03-1274 C

Filed July 7, 2006

ORDER

On July 5, 2006, plaintiff filed Plaintiff's Request for Further Discovery, requesting that defendant be required to produce certain documents that plaintiff contends it has identified as relevant as a result of the three depositions of Government personnel permitted by the Court's Order of June 6, 2006. After consultation with counsel for the parties, the Court ORDERS that the parties shall participate in a telephonic status conference on **Monday, July 10, 2006 at 2:00 p.m.** to discuss Plaintiff's Request for Further Discovery. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge