IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC., Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, Defendant, | ) | No. 03-1274C (Judge George Miller) |
| and | ) | |
| NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION, Defendant-Intervenor. | ) | |

DEFENDANT'S FINAL EXHIBIT LIST

Pursuant to Appendix A, ¶ 16, of the Rules of the United States Court of Federal Claims ("RCFC") and this Court's order dated July 11, 2006, the defendant, United States, respectfully submits its Final Exhibit List containing the documents it expects to present at the evidentiary hearing scheduled for July 26, 2006 concerning whether plaintiff, CW Government Travel, Inc. ("Carlson") can demonstrate, assuming the Court reopens the proceeding pursuant to Rule 60(b) of the Rules of the Court of Federal Claims, Carlson demonstrates that the modification of contract number DAMT01-98-D-1005 ("DTS DTR-6 contract") constituted a cardinal change and that it has standing to challenge the restructuring, that the balance of harms and public interest weigh in favor of the injunctive relief it seeks. We identify the title of the exhibit and have provided copies to the Court and parties in accordance with the July 11, 2006 order.

Exhibit 1 - Daily Metrics for DTS Production (Updated as of June 30, 2006);

Exhibit 2 - Business Volume For Authorizations and Vouchers (Updated as of June 30,

2006);

Exhibit 3 - DTS Release Functionalities;

Exhibit 4 - Integrated PMO Staff Meeting;

Exhibit 5 - Status On Operational SPR's Closed/Reported (Updated as of June 30, 2006);

Exhibit 6 - DTS Open SPRs Priority #2 (Updated as of June 30, 2006);

Exhibit 7 - Phase I and II Sites (Updated as of June 30, 2006);

Exhibit 8 - DTS Travel System Interfaces and Transactions Awaiting Response (Updated as of June 30, 2006);

Exhibit 9 - Defense Travel System Interfaces;

Exhibit 10- Voucher Rate Comparison;

Exhibit 11 - DTS Open and Approved SPRs (Updated as of June 30, 2006);

Exhibit 12 - DTS Tech Refresh (dated June 12, 2006);

Exhibit 13 - Architecture Migration (dated June 22, 2006);

Exhibit 14 - Memorandum From Craig Thompson To Brenda German dated August 25, 2005 concerning DTS utilization.

We also intend to utilize demonstrative exhibits at trial and will provide copies to the opposing party at least 72 hours in advance of the day upon which the exhibits are to be utilized.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0282
Fax: (202) 514-8624

Attorneys for Defendant

July 17, 2006

CERTIFICATE OF FILING

I hereby certify that on July 17, 2006, a copy of the foregoing Defendant's Final List of Exhibits was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Levitt
David A. Levitt