IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CW GOVERNMENT TRAVEL, INC., Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, Defendant, | ) | No. 03-1274C (Judge George Miller) |
| and | ) | |
| NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION, Defendant-Intervenor. | ) | |

DEFENDANT'S FINAL WITNESS LIST

Pursuant to Appendix A, ¶ 15, of the Rules of the United States Court of Federal Claims ("RCFC") and this Court's order dated July 11, 2006, the defendant, United States, respectfully submits its Final Witness List identifying witnesses it expects to call at the evidentiary hearing scheduled for July 26, 2006 concerning whether plaintiff, CW Government Travel, Inc. ("Carlson") can demonstrate, assuming the Court reopens the proceeding pursuant to Rule 60(b) of the Rules of the Court of Federal Claims, Carlson demonstrates that the modification of contract number DAMT01-98-D-1005 ("DTS DTR-6 contract") constituted a cardinal change and that it has standing to challenge the restructuring, that the balance of harms and public interest weigh in favor of the injunctive relief it seeks. In the paragraphs below, we identify the scope of the testimony each witness is likely to present at the anticipated evidentiary hearing.

1. Colonel Brenda Sue Johnson
   Former Program Director

Program Management Office - Defense Travel System
241 18th Street, Crystal Square, Suite 100
Alexandria, Virginia 22331-1700
Tel: (703) 607-1498

Colonel Johnson was the program director for the Defense Travel System ("DTS") from September 2003 to June 2006 and is familiar with the structure and operations of DTS, including the administration of the DTS DTR-6 contract. Colonel Johnson will testify about the harm the Government is likely to suffer if performance of the remaining requirements under the DTS DTR-6 contract is enjoined pending a re-compete of these requirements. Colonel Johnson will testify that the Department of Defense ("DoD") will incur substantial financial losses if it is unable to complete the development of DTS. The losses will include increased operation and maintenance costs, increased CTO fees, increased legacy system costs, increased fielding and deployment costs, increased audit costs and increased costs to procure the follow-on contract, among others. Colonel Johnson will testify that a limitation of future deployments and proliferation will adversely impact DoD's mission to protect the security interests of the United States.

2, Gregory D. Ambrose
Chief, Systems Engineering & Development Division
Program Management Office - Defense Travel System
Department of Defense
241 18th Street, Crystal Square, Suite 100
Alexandria, Virginia 22331-1700
Tel: (703) 607-1498

Mr. Ambrose is responsible for overseeing engineering and developmental efforts relating to the Consumer User Interface ("CUI") and is responsible for ongoing technical enhancements to DTS. Mr. Ambrose is expected to testify concerning the current status of ongoing system engineering efforts and the harm the Government is likely to suffer if these

efforts are not permitted to continue in the ordinary course.

3. Paul D. Joyce
Chief of the Commercial Travel Division
Defense Travel Management Office
241 18th Street, Crystal Square, Suite 100
Alexandria, Virginia 22331-1700
Tel: (703) 607-1498

Mr. Joyce is responsible for the operation of commercial travel offices ("CTOs") within DTS. He will testify about the expanding utilization of the reservation module of the CUI, the pricing structure for CTO services within DTS, the likely impact upon CTO fees from limiting DTS deployments and proliferation, and other related issues.

Defendant reserves the right to name additional witnesses in the event unanticipated issues arise in the course of the hearing including witnesses for any sur-rebuttal presentation permitted by the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

FRANKLIN E. WHITE, JR.
Assistant Director

s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit 8th Floor
1100 L Street, N.W.

Washington, D.C. 20530
Tel: (202) 307-0282
Fax: (202) 514-8624

Attorneys for Defendant

July 17, 2006

CERTIFICATE OF FILING

I hereby certify that on July 17, 2006, a copy of the foregoing Defendant's Witness List was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Levitt
David A. Levitt