# IN THE UNITED STATES
# COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CW GOVERNMENT TRAVEL, INC.,**<br>**Plaintiff,**<br>**v.**<br>**THE UNITED STATES,**<br>**Defendant,**<br>**and**<br>**NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION**<br>**Defendant-Intervenor.** | No. 03-1274C<br>Judge George W. Miller |

## NORTHROP GRUMMAN'S FINAL WITNESS AND EXHIBIT LIST

Pursuant to Appendix A, ¶15, of the Rules of the United States Court of Federal Claims and this Court's July 11, 2006 Order, Defendant-Intervenor Northrop Grumman Space & Mission Systems Corporation ("Northrop Grumman") hereby joins in the final witness and exhibit lists submitted by the defendant, the United States Government. In addition, Northrop Grumman adds the following three documents to the exhibit list:

- Deposition of Colonel Brenda Sue Johnson, June 21, 2006
- Deposition of Greg Ambrose, June 23, 2006
- Deposition of Paul Joyce, June 30, 2006

As each party and the Court have been provided with a copy of each of these transcripts, we do not anticipate providing additional copies unless requested.

Northrop Grumman reserves the right to identify additional documentary Exhibits or witnesses to rebut any evidence presented by Carlson.

DATED: July 12, 2006

Respectfully submitted,

*/s/ John W. Chierichella*

John W. Chierichella
Anne B. Perry
Sheppard, Mullin, Richter & Hampton
1300 I Street, NW, 11th Floor East
Washington, DC 20005
202-218-0000
202-218-0020, fax

**PROOF OF SERVICE**

I hereby certify, under penalty of perjury, that on July 12, 2006, I caused a true and correct copy of the foregoing NORTHROP GRUMMAN'S FINAL WITNESS AND EXHIBIT LIST to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ John W. Chierichella*