# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CW GOVERNMENT TRAVEL, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 03-1274C** |
| **THE UNITED STATES OF AMERICA,** | **Judge George W. Miller** |
| **Defendant,** | |
| **and** | |
| **NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,** | |
| **Defendant-Intervenor.** | |

## PLAINTIFF'S FINAL EXHIBIT LIST

Pursuant to this Court's Order of July 11, 2006, the Plaintiff, CW Government Travel, Inc. ("Carlson"), herein submits its Final Exhibit List of the documents it will rely on at the evidentiary hearing scheduled to begin on July 26, 2006.

The proposed Exhibits are identified by the title of the Exhibit and reference to its source. The parties already have copies of the Exhibits, and a copy of the Exhibits will be provided to the Court today.

- Exhibit 1: DoD Full & Open Solicitation Industry Conference, March 28, 2006 (Joyce Deposition Exhibit 1).
- Exhibit 2: CTOs Issues and Solutions from Industry Conference of March 28, 2006 (Joyce Deposition Exhibit 2).
- Exhibit 3: Draft Solicitation W91QUZ-06-R-0051 for Worldwide Commercial Travel Office Services and Attachment 1 (definitions) thereto (Joyce Deposition Exhibit 3).

- Exhibit 4: Defense Transportation Regulation 4500.9-R, Part 1, Passenger Movement (Joyce Deposition Exhibit 5).
- Exhibit 5: Draft Solicitation W91QUZ-06-R-0051, Attachments 14, 15, 16, and 17, DoD Sample Tasks for Continental United States ("CONUS") Outside the Continental United States ("OCONUS"), Europe and Pacific and CONUS/OCONUS Combined Travel Areas (Joyce Deposition Exhibit 6).
- Exhibit 6: Draft Solicitation W91QUZ-06-R-0051, Attachments 18, 18, 19, 19, 20, 21, and 23 to, Price Model for Sample Tasks -- CONUS; OCONUS (Europe and Pacific); CONUS/OCONUS Combined (Joyce Deposition Exhibit 7).
- Exhibit 7: E-mail from Mr. Craig Thompson to Ms. Brenda German dated 8/26/05 regarding DTS Utilization (Joyce Deposition Exhibit 8).
- Exhibit 8: DTS Utilization Rates for Years 2004 through April 2006 (Joyce Deposition Exhibit 9).
- Exhibit 9: Defense Travel System ("DTS") travel reservation for Ms. Andrea Carlock, DTS employee (Johnson Deposition Exhibit 1; Joyce Deposition Exhibit 4).
- Exhibit 10: DTS travel reservation for Mr. Danny Davis, DTS employee (Johnson Deposition Exhibit 2).
- Exhibit 11: DTS travel reservation for Mr. Herbert Hicks, DTS employee (Johnson Deposition Exhibit 3; Joyce Deposition Exhibit 4).
- Exhibit 12: DTS travel reservation for Mr. Robert Koch, DTS employee (Johnson Deposition Exhibit 4).

- Exhibit 13: Government Accountability Office Report dated January 2006 entitled, "DOD BUSINESS TRANSFORMATION: Defense Travel System Continues to Face Implementation Challenges" (Johnson Exhibit 6).
- Exhibit 14: Memorandum Regarding the DTS Industry Conference of March 28, 2006 (marked as Exhibit 2).
- Exhibit 15: DTS Industry Conference of March 28, 2006 Transcript, in pertinent part.
- Exhibit 16: DTS Open SPRs Priority 2, 14 April 2006 (Government's Preliminary Exhibit 6).
- Exhibit 17: Phase I and II Sites, June 30, 2006 (Government's Preliminary Exhibit 7).
- Exhibit 18: DTS Open and Approved CPs as of close of business 19 April 2006.
- Exhibit 19: DTS Release Functionalities – All Releases Final – 15 May 06 (Government's Preliminary Exhibit 3).

Dated: July 17, 2006 Respectfully submitted,

s/ Lars E. Anderson

Lars E. Anderson
Michael W. Robinson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 760-1623 (Protected)
*Counsel for Plaintiff*

Attachments

mc1docs/209853.01

# CERTIFICATE OF FILING

I hereby certify that on July 17, 2006, a copy of the foregoing PLAINTIFF'S FINAL EXHIBIT LIST was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Lars E. Anderson
Lars E. Anderson

mc1docs/209853.01