# In the United States Court of Federal Claims

| | |
|---|---|
| CW GOVERNMENT TRAVEL, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant, and NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION, Defendant-Intervenor. | No. 03-1274 C<br>Filed July 19, 2006 |

## ORDER

The Court's Order of July 18, 2006 identified a number of questions that the Court believed it would be helpful for the parties to address at the pre-hearing conference scheduled for July 21, 2006. In addition to the questions identified in the July 18, 2006 Order, which in the Court's view address specific issues related to the parties' overarching theories in this case, the Court believes that it also would be helpful for the parties to make a more general presentation of their factual contentions and anticipated proof as they relate to each party's theory of the case. Accordingly, the Court ORDERS that the parties shall be prepared at the pre-hearing conference to briefly summarize their contentions and anticipated proof regarding the balance of harms and the public interest. Specifically, the Court ORDERS that plaintiff shall be prepared to discuss the harm that would result to plaintiff if the injunction requested by plaintiff were not granted and the proof that plaintiff intends to present on this issue. Defendant and defendant-intervenor shall be prepared to discuss the harm that would result to the Government if the injunction requested by plaintiff were granted and the proof that defendant and defendant-intervenor intend to present on this issue. The Court FURTHER ORDERS that plaintiff shall be prepared to discuss how the injunction sought by plaintiff would benefit the public interest and the proof that plaintiff intends to present on this issue. Defendant and defendant-intervenor shall be prepared

to discuss how the injunction requested by plaintiff would be contrary to the public interest and the proof that defendant and defendant-intervenor intend to present on this issue.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge