# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CW GOVERNMENT TRAVEL, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 03-1274C** |
| **THE UNITED STATES OF AMERICA,** | **Judge George W. Miller** |
| **Defendant,** | |
| **and** | |
| **NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,** | |
| **Defendant-Intervenor.** | |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT

Pursuant to the Rules of the United States Court of Federal Claims, Plaintiff CW Government Travel, Inc. ("Carlson") hereby respectfully stipulates withdrawal of its Motion for Relief From Judgment, filed on January 9, 2006, without prejudice to its right to seek relief pending further developments in accordance with the Rules of the Court.

Dated: July 21, 2006

Respectfully submitted,

s/ Lars E. Anderson
Lars E. Anderson
Michael W. Robinson
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone No.: (703) 760-1600
Telecopier No.: (703) 760-1623 (Protected)
*Counsel for Plaintiff*

**CERTIFICATE OF FILING**

I hereby certify that on July 21, 2006, a copy of the foregoing NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Lars E. Anderson
Lars E. Anderson

mc1docs/210065.01