# In the United States Court of Federal Claims

CW GOVERNMENT TRAVEL, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant,

and

NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORPORATION,

Defendant-Intervenor.

No. 03-1274 C

Filed July 21, 2006

ORDER

On July 21, 2006, plaintiff filed a Notice of Withdrawal of Plaintiff's Motion for Relief From Judgment stipulating withdrawal of Plaintiff's Motion for Relief From Judgment filed on January 9, 2006. Accordingly, the Court ORDERS that the evidentiary hearing scheduled for July 26, 2006, July 27, 2006, and July 28, 2006 shall be cancelled.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge